# United States District Court

6-14-00
A-00

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a/k/a Michael Baron, a/k/a Carter Hoffman, a/k/a Adam D. Heuer, a/k/a Anton Levin

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4141-855

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 13, 2000, in Broward County, in the Southern District of Florida, defendant did knowingly and willfully attempted to use an unauthorized access device, that is, a Home Depot credit account number, during a one-year period, to obtain things of value aggregating $1,000 or more during that period, with an effect on interstate and foreign commerce, and knowingly, willfully, and without lawful authority produce a false identification document in and affecting interstate and foreign commerce, in violation of Title __18__ United States Code, Sections __1028(a)(1) and (c)(3)(A), and 1029(a)(2)__

I further state that I am a(n) U.S. Postal Inspector and that this complaint is based on the following facts:

Official Title

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

June 14, 2000                                    at    Fort Lauderdale, Florida
Date                                                        City and State

BARRY S. SELTZER                             _____
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer
Name and Title of Judicial Officer

## AFFIDAVIT

I, John W. Galvin, being duly sworn, depose and state:

1  I am a Postal Inspector with the United States Postal Service. I have been so employed for fifteen years. Before that, I worked as a Postal Police Officer for the United States Postal Service for three years. As a Postal Inspector, I am responsible for enforcing federal laws concerning, among other things, the theft of United States mail, postal locks and keys, and the illegal use of any items contained therein.

2  I have been working on a criminal investigation with other federal agents. Additionally, local law enforcement officers have assisted us in the course of this investigation. The information detailed below comes from information provided to me by the federal and state law enforcement personnel involved in this investigation and my own personal investigation Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation  I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the complaint. This affidavit refers to the target as "FNU LNU" (first name unknown, last name unknown) because his true first and last names are currently unknown

3  Carter Hoffman is a man who currently resides at 251 174th Street, Miami, Florida 33160. Carter Hoffman is not FNU LNU. On May 5, 2000, FNU LNU rented a Post Office Box at 5769 N.W. 7th Street, Miami, Florida 33126, in the name and address of Carter Hoffman, using a false Florida driver's license bearing the picture of FNU LNU, but the name and address of Carter Hoffman  Carter Hoffman's financial mail, including checks and bank statements were then diverted to this Post Office Box  Additionally, a Home Depot credit card in the name of Carter Hoffman was obtained. Hoffman did not rent the Post Office Box, nor did he authorize

anyone else to do so on his behalf. Similarly, Carter did not open the Home Depot credit account, nor did he authorize anyone else to do so on his behalf.

4. The Home Depot credit card in the name of Carter Hoffman was used at Home Depot's Expo Design Store in Miami on May 19, 2000, to charge $4,049.66. The card was then used on May 21, 2000, at Home Depot's Expo Design Store in Miami to charge $2,402.64, and at Home Depot's Expo Design Store in Davie to charge $3,480.18. Among the various purchases, the card was used to obtain thirty $100 gift cards.

5. Your affiant went to Home Depot's Expo Design Store in Davie on June 12, 2000, to interview store personnel, including the assistant manager and various clerks. Your affiant showed store personnel a photo lineup that included a picture taken from the driver's license of a man purporting to be Vadim Zhukov. One store employee identified Vadim Zhukov as the individual who purchased the thirty gift cards using the Carter Hoffman credit card. A second employee identified Zhukov as the individual who attempted to purchase additional gift cards on June 4, 2000, but authorization for the credit card attempted to be used at that time would not be issued by the credit card company. Additionally, the assistant manager identified FNU LNU as accompanying Zhukov on June 4, 2000, when Zhukov attempted to purchase the gift cards on June 4, 2000.

6. On June 13, 2000, your affiant received a telephone call from the assistant manager of Home Depot's Expo Design Store in Davie. During that telephone call, the assistant manager informed me that FNU LNU was present in the store, and he was attempting to purchase $1,800 in gift cards and merchandise using temporary credit obtained from Home Depot in the name of Michael Baron. In support of his attempt to use the temporary credit in the name of Michael

-2-

Baron, FNU LNU showed a Home Depot Express Credit Temporary Charge Pass bearing a signature purporting to be that of Michael Baron.

7. Police officers approached FNU LNU and asked him for identification. FNU LNU produced a wallet containing, among other items, a fraudulent Florida driver's license in the name of Michael Baron, bearing the picture of FNU LNU and the address 230 174th Street, #1810, Miami, Florida 33160. The true Michael Baron, who is not FNU LNU, lives at the address stated on the driver's license FNU LNU produced. The true Michael Baron did not apply for, nor did he authorize anyone else to apply for credit in his name at Home Depot's Expo Design Store. FNU LNU was arrested at approximately 4:00 p.m. During a search incident to the arrest of FNU LNU, law enforcement officers recovered a handwritten scrap of paper bearing the name "Michael Baron," as well as the real Michael Baron's date of birth, social security number, address, and telephone number. The Temporary Charge Pass in the name of Michael Baron had been used on June 1 for purchases of $7,231.79. FNU LNU refused to provide his correct name and continued to insist that he was Michael Baron.

8. At the Expo Design store parking lot, approximately seventy-five feet from the entrance of the store, a white, four-door Crown Victoria, bearing the Florida license plate A05SZN was found. This car is registered to Anton Nicolaevich Levin. The man bearing the driver's license in the name of Vadim Zhukov also has a driver's license in the name of Anton Nicolaevich Levin. Law enforcement officers looked through the car windows and saw a credit application, a blue knapsack, a writing pad that appears to contain account numbers, two telephone books, and several hats. When FNU LNU was seen at the Expo Design store previously, he was wearing a hat. Additionally, your affiant has obtained videotape of FNU LNU

wearing various hats while making fraudulent deposits and withdrawals on other individuals' bank accounts. At approximately 10:00 p.m. on June 13, 2000, the Expo Design store closed, and the Crown Victoria described above was the only car in the immediate vicinity of the store.

9. A search was conducted of the Crown Victoria pursuant to a search warrant issued on June 13, 2000. Among other things, the following items were recovered: non-corrective eyeglasses that appear in various false driver's license photographs bearing the likeness of FNU LNU, but using different names; a business card for the Mail Boxes Etc. where the fraudulently obtained Post Office Box in the name of Carter Hoffman exists (the back of the business card bears handwritten notes regarding Carter M. Hoffman, including his social security number, date of birth, telephone numbers, and address, as well as other information); a Florida driver's license in the name of Anton Nikolaevich Levin; various sets of keys to mailboxes at various Mail Boxes Etc., bearing the names of various victims of identity theft; thousands of dollars' worth of merchandise purchased at Home Depot and Design Expo using Home Depot credit accounts in the names of Carter Hoffman, Michael Baron, and others; various other scraps of paper bearing handwritten notes regarding personal identification information for individuals other than FNU LNU; mail addressed to Adam Heuer, as well as a driver's license in the name of Adam Daniel Heuer but bearing FNU LNU's picture and an Expo Design Center credit card in the name of Adam D. Heuer; a printout from the Florida Department of Motor Vehicles for driver's license information pertaining to Adam Daniel Heuer; and a printout from the Florida Department of Motor Vehicles for driver's license information pertaining to Michael Baron.

10. Based on my training and experience, I submit that I have probable cause to believe that FNU LNU has committed access device fraud and identity theft, in violation of 18 U.S.C.

-4-

1028(a)(1) and 1028(c)(3)(A) and 1029(a)(2).

JOHN W. GALVIN  
Postal Inspector  
United States Postal Inspection Service

Subscribed to and sworn to me  
this \_\_\_ day of June, 2000.

BARRY S. SELTZER  
UNITED STATES MAGISTRATE JUDGE