DEFT: FNU LNU (J)# AKA Vadim Zhukov   CASE NO: 00-4141-BSS

AUSA: Robin Rosenbaum / Bruce Brown   ATTNY: ___

AGENT: ___   VIOL: 18:1028, 1029

PROCEEDING: Initial Appearance   BOND REC: PTD

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED by ___ D.C.
JUN 14 2000
CLARENCE MADDOX
CLK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

- Advised of charges
- may try to hire
  Atty Fred Moldovan

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:   6-18-00   11:00am   BSS
PTD/BOND HEARING:   6-19-00   11:00am   SNOW
PRELIM/ARRAIGN. OR REMOVAL:   6-23-00   11:00am   SNOW
STATUS CONFERENCE: ___

DATE: 6-14-00   TIME: 11:00am   TAPE # 00-050   PG # 135-351