UNITED STATES DISTRICT COURT
Southern District of Florida

FILED JUN 1 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55338-004

UNITED STATES OF AMERICA )
           Plaintiff ) Case Number: CR 00-4141-PCC
   ) REPORT COMMENCING CRIMINAL
  -vs-  ) ACTION
)
Zhukov, Vadim G. )
     Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 06/13/2000  5:00  am/(pm)

(2) Language Spoken: ENGLISH AND RUSSIAN

(3) Offense(s) Charged: ACCESS DEVICE FRAUD  (2605)

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12/18/57

(6) Type of Charging Document: (check one)
[ ] Indictment  [✓] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SOUTHERN DISTRICT OF FLORIDA

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [✓] NO

Amount of Bond: $ PTD req.
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 06/13/2000  (9) Arresting Officer: JACK GALVIN

(10) Agency: U.S. POSTAL INSPECTION  (11) Phone: (954) 436-7500

(12) Comments: _____