COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FNU LNU (aka: VADIM ZHUKOV)   CASE NO: 00-4141-BSS
AUSA: ROBIN ROSENBAUM - pres'   ATTY:
AGENT:   VIOL:
PROCEEDING INQ RE CNSL/PTD   RECOMMENDED BOND
BOND HEARING HELD - yes/no   COUNSEL APPOINTED Fred Moldovin 443-2225

____ BOND SET @

____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*Deft still has not retained counsel*
*Clerk to call Fred Moldvin to see if he will represent deft.*

*Re-set for PTD + IRC*
*deft waived 5 days for PTD*

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 6-21 // LSS
                      PTD/BOND HRG: 6-22 // LSS
*Spoke to Fred*    PRELIM/ARRAIGN:
*Moldvin who will*  REMOVAL HRG:
*represent @ PTD hrg* STATUS CONF:

Date: 6-19-00   Time 11:00   FTL/LSS TAPE #00- 029   Begin: 289   End: 448

FILED by ___ D.C.
JUN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.