UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

v.  :  CASE NO. 00-4/41BSS

VADIM ZHUKOV  :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

*FILED by ___ D.C.*
*JUN 2 2 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

COMES NOW  FRED MOLDOVAN  _____
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed)  FRED MOLDOVAN

Counsel's Signature  _____

Address  3191 Coral Way Suite 800
         Miami FL           Zip Code: 33145

Telephone  305 443-3199

