UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6172**

CASE NO _____

18 U.S.C 1029(a)(2) & (b)(1)
18 U.S.C. 1028(a)(7) & (c)(3) **CR-FERGUSON**
18 U.S.C. 1708
18 U.S.C. 2                    **MAGISTRATE JUDGE**
                                      SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) |
| VADIM ZHUKOV, | ) |
| a/k/a Michael Baron, a/k/a | ) |
| Carter Hoffman, a/k/a Adam | ) |
| Heuer, a/k/a Anton Levin, | ) |
| Defendant | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 1, 2000, to on or about June 14, 2000, at Broward County, in the Southern District of Florida, the defendant,

**VADIM ZHUKOV,**
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,

knowingly, willfully, and with intent to defraud, used and attempted to use an unauthorized access device, that is, a Home Depot credit account in the name of Michael Baron, during a one-year period, and by such conduct obtained things of value aggregating $1,000 and more during that period, that

is, merchandise and gift cards from Home Depot's Expo Design Store, with an effect on interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), and Section 2.

## COUNT II

From on or about May 19, 2000, to on or about May 21, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,

knowingly, willfully, and with intent to defraud, used and attempted to use an unauthorized access device, that is, a Home Depot credit account in the name of Carter Hoffman, during a one-year period, and by such conduct obtained things of value aggregating $1,000 and more during that period, that is, merchandise and gift cards from Home Depot's Expo Design Store, with an effect on interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), and Section 2.

## COUNT III

13 1R

On or about June ~~14~~, 2000, at Broward County, in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,

knowingly, willfully, and without lawful authority, used a means of identification of another person,

-2-

that is, a false Florida driver's license in the name of Michael Baron, with the intent to commit, aid, and abet a violation of Federal law, that is, the use and attempted use of an unauthorized access device, that is, a Home Depot credit account in the name of ~~Carter Hoffman~~ MICHAEL BARON A.R., during a one-year period, to obtain things of value aggregating $1,000 and more during that period in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1) and Section 2, with an effect on interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A) and Section 2

## COUNT IV

On or about June ~~14~~ 13 A.R., 2000, at Broward County, in the Southern District of Florida, the defendant,

**VADIM ZHUKOV,**
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,

did willfully and unlawfully have in his possession articles, that is, a First National Bank Visa card in the name of Judith Fain Schirmer, along with the corresponding mailing ~~envelope~~ INSERT A.R., which had been stolen, taken, embezzled, abstracted, and by fraud and deception taken from the United States Mail,

-3-

knowing the above-specified articles to have been stolen.

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

-4-

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **VADIM ZHUKOV** | Superseding Case Information: |

Court Division: (Select One)

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C Section 3161.

3. Interpreter    (Yes or No)    _No_
   List language and/or dialect  _____

4. This case will take    _4_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | I   | 0 to 5 days      | _X_ | Petty   | ___ |
   | II  | 6 to 10 days     | ___ | Minor   | ___ |
   | III | 11 to 20 days    | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days    | ___ | Felony  | _X_ |
   | V   | 61 days and over | ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.    _00-4141-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    _June 14, 2000_
   Defendant(s) in state custody as of    _____
   Rule 20 from the    _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes   _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No 908223

*Penalty Sheet(s) attached                                                REV 4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:** __Vadim Zhukov__   **Case No.:** _____

==================================   =============================================

Counts # I & II: Access device fraud: 18:1029(a)(2) &(b)(1)

**Max. Penalty:** Maximum of 10 years' imprisonment; $250,000.00 fine
=================================================================================
Count # III: Identity theft: 18:1028(a)(7) & (c)(3)(A)

**Max. Penalty:** Maximum of 15 years' imprisonment; $250,000.00 fine
=================================================================================
Count #IV: Possession of stolen mail: 18:1708

**Max. Penalty:** Maximum of 5 years' imprisonment; $250,000.00 fine
=================================================================================
Count #:

**Max. Penalty:**
=================================================================================
Count #:

**Max. Penalty:**
=================================================================================

=================================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.