COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: VADIM ZHUKOV (J)     CASE NO: 00-6172 CR WDF ~~00-4141-BSS~~

AUSA: ROBIN ROSENBAUM *pres*     ATTY: FRED MOLDOVAN - *pres (temp)*

AGENT: _____ VIOL: _____

PROCEEDING PTD HEARING/INQ RE CNSL RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no     COUNSEL APPOINTED _____

     BOND SET @ _____

     SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

FILED by _____ D.C. JUN 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. L.

Government proceeded by proffer.

Agt John W. Halvin sworn for cross

PTD Ordered - risk of flight

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 7-12 /11 BSS

     PTD/BOND HRG: _____

     PRELIM/ARRAIGN: 7-12 /11 BSS

     REMOVAL HRG: _____

     STATUS CONF: _____

Date: 6/22/00    Time: 11:00    FTL/LSS TAPE #00- 032   Begin: 65   End: 699