| | | | |
|---|---|---|---|
| DEFT: | Vadim Zhukov (J)# | CASE NO: | 00-6172-CR-Ferguson |
| AUSA: | Robin Rosenbaum | ATTNY: | atty. Fred Moldovan |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re counsel/ Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Atty file perm.
notice of appearance.

Reading of indictment waived
Not Guilty plea entered — Next
Jury trial demanded
Standing Discovery Order requested

FILED
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 7-21-00 | 11:00AM | BSS |
| DATE: 7-12-00 | TIME: 11:00am | TAPE # 00-056 | PG # 9 |

1068-1095
recall
00-05439 —

11