UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAGISTRATE CASE NO.: 00-~~4141-BSS (SELTZER)~~

*00-6172-CR-Ferguson*

UNITED STATES OF AMERICA
    Plaintiff,

Vs.

**VADIM ZHUKOV,**
        Defendant.   /

## NOTICE OF DEFENSE COUNSEL'S NEW ADDRESS

COMES NOW the Law Offices of FRED MOLDOVAN, ESQUIRE, and file this Notice of New Address effective July 1, 2000:

    **Law Office of Fred J. Moldovan**
    999 Ponce De Leon Boulevard
    Suite 500
    Coral Gables, Florida 33134
    Telephone: (305) 443-3199
    Facsimile: (305) 443-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to the Office of the **United States Attorney**, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 on this _12th_ day of **July**, 2000.

Respectfully submitted,

FRED J. MOLDOVAN, ESQUIRE
999 Ponce De Leon Boulevard
Suite 500
Coral Gables, Florida 33134
Telephone: (305) 443-3199
Facsimile: (305) 443-0900

By: _____
FRED J. MOLDOVAN, ESQUIRE
Florida Bar No.: 655960

FRED J. MOLDOVAN
3191 Coral Way, Suite 800 • Miami, Florida 33145 • Phone (305) 443-3199 • Fax (305) 443-0900