

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6172-CR-Ferguson

UNITED STATES OF AMERICA

vs

Vadim Zhukov                    <u>ARRAIGNMENT INFORMATION SHEET</u>

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    7-12-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:          Address:_____In custody_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____Fred Moldovan_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____Cont'd in custody_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this_____12___day of _____July_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____

        Deputy Clerk

        Tape No.____CD-056_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services