UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ .C.
'JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6172-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

VADIM ZHUKOV,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 27, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that is ready to proceed and that this matter will require four days to try.

2. Defense counsel stated that he has not yet received the Government's discovery response; he further stated that he has recently changed his address. He has provided his new address to the Government, which has agreed to forward to counsel

1



another copy of the discovery response.

DATED at Fort Lauderdale, Florida this 27th day of July 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Fred Moldovan, Esquire
3191 Coral Way, Suite 800
Miami, Florida 33145-3218
Attorney for Defendant