UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-FERGUSON(S)
18 U.S.C. 1029(a)(2) & (b)(1)
18 U.S.C. 1028(a)(7) & (c)(3)(A)
18 U.S.C. 1344
18 U.S.C. 1708
18 U.S.C. 1956(a)(1)(B)(i)
18 U.S.C. 2




UNITED STATES OF AMERICA,

Plaintiff,

vs.

VADIM ZHUKOV,
a/k/a Michael Baron,
a/k/a Carter Hoffman,
a/k/a Adam Heuer,
a/k/a Anton Levin,
a/k/a Alexandr Vinokur,
a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Superseding Indictment:

1. Washington Mutual Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of



which affected interstate and foreign commerce.

2. Wachovia Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

3. The Home Depot, Inc., was a home improvement store that had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

4. EXPO Design Center, a division of The Home Depot, Inc., was a home improvement store that had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

5. GE Capital was a financial division of General Electric.

6. GE Capital Card Services was a subsidiary of GE Capital. GE Capital Card Services served as a private label credit card issuer with offices in Ohio, Kansas, and Georgia. Among others, GE Capital Card Services provided credit services for The Home Depot, Inc. To provide these services, GE Capital Card Services operated with a bank charter called Monogram Credit Card Bank of Georgia.

7. Monogram Credit Card Bank of Georgia ("Monogram") issued credit cards for The Home Depot, Inc., which could be used to purchase merchandise and gift cards on credit at The Home Depot, Inc. and EXPO Design Center.

**COUNTS I - III**

8. Paragraphs 1-7 of this Superseding Indictment are incorporated herein as though realleged

in their entirety.

9. On or about the dates set forth below, at Broward County and elsewhere in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

knowingly, willfully, and with intent to defraud, used and attempted to use unauthorized access devices as identified in the separate counts below, during a one-year period, and by such conduct obtained things of value aggregating $1,000 and more during that period, that is, merchandise and gift cards from The Home Depot, Inc. and EXPO Design Center, with an effect on interstate and foreign commerce, as set forth below:

| COUNT | DATE(S) | ACCESS DEVICE USED | APPROXIMATE AMOUNT |
|---|---|---|---|
| I | 6/1/00 - 6/13/00 | The Home Depot, Inc. credit account in the name of Michael Baron | $10,037.43 |
| II | 5/19/00 - 5/21/00 | The Home Depot, Inc. credit account in the name of Carter Hoffman | $9,932.48 |
| III | 6/11/00 | The Home Depot, Inc. credit account in the name of Alexandor Uinokur | $1,326.44 |

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), and Section 2.

**COUNTS IV-V**

10. Paragraphs 1-7 of this Superseding Indictment are incorporated herein as though realleged in their entirety.

11. On or about the dates specified in the separate counts below, at Broward County, in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

did willfully and unlawfully have in his possession articles, as identified in the separate counts below, which had been stolen, taken, embezzled, and abstracted from the United States Mail, knowing the specified articles to have been stolen, taken, embezzled, and abstracted, as set forth below:

| **COUNT** | **DATE** | **ARTICLES** |
|---|---|---|
| IV | 6/13/00 | First National Bank Visa card in the name of Judith Fain Schirmer, along with the corresponding mailing insert, Tropical Federal Credit Union statement for Adam D. Heuer, statement from Brown & Brown Benefits for Adam Heuer, American Express statement with mailing envelope for Adam D. Heuer, BellSouth telephone bill for Adam Daniel Heuer |
| V | 5/26/00 | Bank checks in the name of Carter Hoffman for Carter Hoffman's Washington Mutual Bank account |

All in violation of Title 18, United States Code, Sections 1708 and 2.

**COUNT VI**

12. Paragraphs 1-11 of this Superseding Indictment are incorporated herein as though realleged in their entirety.

13. On or about July 21, 1999, at Broward County, in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Washington Mutual Bank and Wachovia Bank, and to obtain moneys, funds and assets owned by and under the custody and control of Washington Mutual Bank and Wachovia Bank by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly and willfully opened a fraudulent bank account at Wachovia Bank in the name of Richard R. Paradis for the purpose of depositing counterfeit and forged checks in the name of Carter Hoffman, drawn on Carter Hoffman's Washington Mutual Bank account, into the Paradis account.

All in violation of Title 18, United States Code, Sections 1344 and 2.

**COUNTS VII-IX**

14. Paragraphs 1-13 of this Superseding Indictment are incorporated herein as though realleged in their entirety.

15. On or about the dates specified in the separate counts below, at Broward County and elsewhere in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

knowingly, willfully, and without lawful authority, used in and affecting interstate and foreign commerce, a means of identification of another person, as identified in the separate counts below, with the intent to commit, aid, and abet unlawful activity that was a violation of Federal law, as set forth below:

| COUNT | DATE(S) | IDENTIFICATION USED | CONDUCT |
|---|---|---|---|
| VII | 6/13/00 | False Florida Driver's License in the name of Michael Baron | Knowing and willful use and attempted use of an unauthorized access device, that is, a Home Depot credit account in the name of Michael Baron, during a one-year period, to obtain things of value aggregating $1,000 and more during that period, with an effect on interstate and foreign commerce and with intent to defraud, in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), as specified in Count I. |
| VIII | 5/5/00 | False Florida Driver's License in the name of Carter Hoffman | Willful and unlawful theft, receipt, and possession of articles, that is, bank checks from Carter Hoffman's Washington Mutual Bank account, stolen, taken, embezzled, and abstracted, from the United States Mail, knowing the above-specified articles to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708, as specified in Count V. |
| IX | 7/21/99 | False Florida Driver's License in the name of Richard Roy Paradis | Knowing and willful use and attempted use of a scheme and artifice to defraud Washington Mutual Bank and Wachovia Bank, in which the defendant fraudulently opened a bank account at Wachovia Bank in the name of Richard R. Paradis for the purpose of depositing counterfeit and forged |

checks in the name of Carter Hoffman drawn on Carter Hoffman's Washington Mutual Bank account, in violation of Title 18, United States Code, Section 1344, as specified in Count VI.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A), and Section 2.

**COUNT X**

16. Paragraphs 1-15 of this Superseding Indictment are incorporated herein as though realleged in their entirety.

17. On or about May 26, 2000, in Broward County, in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

did knowingly conduct a financial transaction affecting interstate commerce, that is, the deposit into a Wachovia Bank account in the name of Richard R. Paradis a counterfeit and forged check payable to Richard Paradis and drawn on the Washington Mutual account of Carter Hoffman, knowing that the property involved in such financial transaction represented the proceeds of some form of unlawful activity; such property being, in fact, the proceeds of a specified unlawful activity, that is, possession of articles stolen, taken, embezzled, and abstracted from the United States Mail, as alleged in Count V of this Superseding Indictment, in violation of Title 18, United States Code, Section 1708; and knowing that the transaction was designed in whole and in part to conceal and disguise the nature,

location, source, ownership and the control of the proceeds of said unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE

1. The allegations contained in paragraphs 1 through 17 of this Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. The defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

upon conviction of violating Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A), as alleged in Counts VII, VIII, and IX above, shall forfeit to the United States any property used or intended to be used, in any manner, by the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis,
a/k/a Mark Allan Tarrant,

to commit such offense, all in accordance with Title 18, United States Code, Sections 1028(b)(5) and 1028(g).

3. Such forfeitures shall include, but are not limited to a white, four-door, 1996 Ford Crown Victoria, vehicle identification number 2FALP74W3TX146131.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred, or sold to, or deposited with a third party;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 1028(b)(5) and 1028(g), and Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of defendant up to the value of the above-described forfeitable property.

In accordance with Title 18, United States Code, Sections 1028(b)(5) and 1028(g).

A TRUE BILL

FOREPERSON

for GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VADIM ZHUKOV

CASE NO. 2000R01598

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) Yes ___ No X
Number of New Defendants 0
Total number of counts 10 + forfeiture

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ___

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
If yes:
Judge: ___ Case No. 00-6172-CR-FERGUSON
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) Yes
If yes:
Magistrate Case No. 00-4141-BSS
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of 6-13-00
Defendant(s) in state custody as of ___
Rule 20 from the ___ District of ___

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes X No

[signature]
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** Vadim Zhukov **Case No.:** ______________

Counts #l-3: Access device fraud - 18 U.S.C. §1029(a)(2) and (b)(1)

**Max. Penalty:** 10 years' imprisonment; $250,000 fine

Counts 4 and 5 - Possession of stolen mail - 18 U.S.C. §1708

**Max. Penalty:** 5 years' imprisonment; $250,000 fine

Counts # 6 - Bank fraud - 18 U.S.C. §1344

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine, or twice the gross gain or gross loss

Counts #7-9: Identity theft - 18 U.S.C. §1028(a)(7) and (c)(3)(A)

**Max. Penalty:** 15 years' imprisonment; $250,000 fine

Count #10: Money laundering - 18 U.S.C. §1956(a)(1)(B)(i)

**Max. Penalty:** 20 years' imprisonment; $500,000 fine or twice the value of the property involved in the transaction

Count #Criminal Forfeiture - 18 U.S.C. §1028(b)(5) and (g)

**Max. Penalty:** *Forfeiture of any personal property used or intended to be used to commit the offense*

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6146-CR-ZLOCH(s)

v.

ANTHONY RAFFONE

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) Yes ____ No X
Number of New Defendants ____
Total number of counts 3

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) no
List language and/or dialect ____

4. This case will take 2-3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
If yes:
Judge: ____ Case No. 00-6146-CR-ZLOCH
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) no
If yes:
Magistrate Case No. ____
Related Miscellaneous numbers: ____
Defendant(s) in federal custody as of ____
Defendant(s) in state custody as of ____
Rule 20 from the ____ District of ____

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes X No

[signature]
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached