# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: VADIM ZHUKOV (J)   CASE NO: 00-6172-CR-FERGUSON

AUSA: ROBIN ROSENBAUM /Powell   ATTY: FRED MOLDOVAN, ESQ. — pres

AGENT:   VIOL:

PROCEEDING: ARRAIGNMENT ON SUPERSEDING   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

FILED by D.C. AUG 16 2000 CLARENCE MADDOX CLERK OF U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

~~Reading of Indictment Waived~~ stands mute
**Not Guilty plea entered**
**Jury trial demanded**
~~Standing Discovery Order requested~~ court entered SDO

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: N/A | | | | |

DATE: 8-16-00   TIME: 11:00   FTL/LSS TAPE # 00- 042   Begin: 1   End:

21