UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-WDF (s)

UNITED STATES OF AMERICA

vs

VADIM ZHUKOV

ARRAIGNMENT INFORMATION SHEET

*Superseding*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: CUSTODY |
| | Telephone: |
| DEFENSE COUNSEL: | Name: FRED MOLDOVAN, ESQ. |
| | Address: |
| | Telephone: |
| BOND SET/CONTINUED: | $ CON'T CUSTODY |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __16TH__ day of __AUGUST__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 00-042

cc: Copy for Judge
    U. S. Attorney