UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6172-CR-FERGUSON
JUDGE FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

VADIM ZHUKOV,

    Defendant.
_____/



AUG 2 5 2000

## ORDER GRANTING MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE came on to be heard upon the Defendant's Motion To Continue His Trial Date and this Court being fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that: said Motion is Granted and that the Defendant's trial is set during the two week period commencing on _September 25, 2000_____, or as soon thereafter as the case may be called; and further

ORDERED AND ADJUDGED that a calendar call will be held on _September 18, 2000 at 3:15 pm_, before Judge Ferguson. All counsel must be present.

DONE AND ORDERED this __25th__ day of __August__, 2000.

_____
JUDGE FERGUSON
U.S. DISTRICT JUDGE