UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6172-CR-FERGUSON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| VADIM ZHUKOV, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this first supplemental response to the Standing Discovery Order. The attachments to this response are numbered pages 1-350 (pages 1-156 in this production are different than pages 1-156 in the first production). Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

cc: Postal Inspector Jack Galvin,
United States Postal Inspection Service



**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed by first-class United States mail, postage prepaid, this 1st day of September, 2000, to Fred Moldovan, Esq., 999 Ponce de Leon, Suite 900, Coral Gables, Florida 33134.

                                                     Robin S. Rosenbaum
                                                    Assistant United States Attorney