UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6172-CR-FERGUSON
JUDGE FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

VADIM ZHUKOV,

    Defendant.
_____/

**NIGHT BOX FILED**
SEP 1 4 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR CONTINUANCE OF TRIAL DATE

COMES NOW the Defendant, VADIM ZHUKOV, by and through his undersigned attorney, and files this his Motion for Continuance of the Trial Date in the above styled case, and as grounds for this motion would state that:

1. That this case is currently set for a calendar call on Monday, September 18, 2000 at 3:00p.m. before this Honorable Court and for trial during the two-week period commencing Monday, September 25, 2000.

2. That on August 16, 2000 the Defendant was arraigned on a Superseding Indictment.

3. That the undersigned received several hundred pages of discovery on or about September 16, 2000. The undersigned needs additional time to review the additional discovery regarding the allegations in the new indictment.

4. That the undersigned has spoken with AUSA Robin Rosenbaum. Based on our conversations, the undersigned believes that after he is able to review the discovery in this case with his client, then this case should be



resolved without the necessity of a trial.

5. That AUSA Robin Rosenbaum also indicated that she believes that the Defendant is going to be indicted on additional charges stemming from an Internal Revenue Service investigation. The undersigned and Ms. Rosenbaum has had some conversations about a possible resolution to both indictments.

6. That AUSA Robin Rosenbaum has no objection to the court granting this motion for a continuance.

WHEREFORE, for the above reasons, Defendant prays that this Court grant this Motion for Continuance and reset the Defendant's trial date.

Respectfully submitted,

LAW OFFICES
FRED MOLDOVAN, ESQ.
999 Ponce de Leon Blvd.
Suite 500
Coral Gables, FL 33134
Tel. (305) 443-3199

BY: _____
FRED MOLDOVAN
Fla. Bar No.: 655960

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Robin Rosenbaum, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 this 14th day of September, 2000.

BY: _____
FRED MOLDOVAN