UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-FERGUSON(S)(S)
18 U.S.C. 1029(a)(2) & (b)(1)
18 U.S.C. 1028(a)(7) & (c)(3)(A)
18 U.S.C. 1344
18 U.S.C. 1708
18 U.S.C. 287
18 U.S.C. 1956(a)(1)(B)(i)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>          )<br>vs           )<br>          )<br>VADIM ZHUKOV,        )<br>a/k/a Michael Baron, a/k/a Carter  )<br>Hoffman, a/k/a Adam Heuer,  )<br>a/k/a Anton Levin,'a/k/a Alexandr  )<br>Vinokur, a/k/a Alexandor Uinokur,  )<br>a/k/a Richard Roy Paradis,  )<br>a/k/a Mark Allan Tarrant,  )<br>a/k/a William M. Akers, a/k/a Craig  )<br>A. Albrada, a/k/a James F. Aldous,  )<br>a/k/a Ralph Alfonso, a/k/a Royce  )<br>E. Atwell, a/k/a William L. Baker,  )<br>a/k/a Michael P. Basile, a/k/a David  )<br>M. Batterson, a/k/a Bejda Milos,  )<br>a/k/a Vince E. Breedwell,  )<br>a/k/a Michael J. Dougherty,  )<br>a/k/a Gregory M. Raub,  )<br>a/k/a Nathan D. Cagle, a/k/a Michael )<br>E. Lucas, a/k/a Christopher A.  )<br>Gauthier, a/k/a Mark Hektor  )<br>Demetris,  )<br>        Defendant.  )|  |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Second Superseding Indictment:



1. Washington Mutual Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

2. Wachovia Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

3. NationsBank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

4. First Union National Bank was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

5. Bank Atlantic was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

6. The Home Depot, Inc., was a home improvement store that had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated

in and the activities of which affected interstate and foreign commerce.

7 EXPO Design Center, a division of The Home Depot, Inc., was a home improvement store that had branches in Broward County and throughout the Southern District of Florida, and which was an organization that operated in and the activities of which affected interstate and foreign commerce.

8 GE Capital was a financial division of General Electric.

9. GE Capital Card Services was a subsidiary of GE Capital. GE Capital Card Services served as a private label credit card issuer with offices in Ohio, Kansas, and Georgia. Among others, GE Capital Card Services provided credit services for The Home Depot, Inc. To provide these services, GE Capital Card Services operated with a bank charter called Monogram Credit Card Bank of Georgia.

10. Monogram Credit Card Bank of Georgia ("Monogram") issued credit cards for The Home Depot, Inc., which could be used to purchase merchandise and gift cards on credit at The Home Depot, Inc. and EXPO Design Center.

## COUNTS I - III

### UNAUTHORIZED ACCESS DEVICES

11 Paragraphs 1-10 of this Second Superseding Indictment are incorporated herein as though realleged in their entirety

12. On or about the dates set forth below, at Broward County and elsewhere in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexander Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,

-3-

a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

knowingly, willfully, and with intent to defraud, used and attempted to use unauthorized access

devices as identified in the separate counts below, during a one-year period, and by such conduct

obtained things of value aggregating $1,000 and more during that period, that is, merchandise and

gift cards from The Home Depot, Inc. and EXPO Design Center, with an effect on interstate and

foreign commerce, as set forth below:

| COUNT | DATE(S) | ACCESS DEVICE USED | APPROXIMATE AMOUNT |
|-------|---------|--------------------|--------------------|
| I | 6/1/00 - 6/13/00 | The Home Depot, Inc. credit account in the name of Michael Baron | $10,037.43 |
| II | 5/19/00 - 5/21/00 | The Home Depot, Inc. credit account in the name of Carter Hoffman | $9,932.48 |
| III | 6/11/00 | The Home Depot, Inc. credit account in the name of Alexandor Uinokur | $1,326.44 |

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), and Section

2.

## COUNTS IV-V

### POSSESSION OF STOLEN MAIL

13. On or about the dates specified in the separate counts below, at Broward County, in the

-4-

Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

did willfully and unlawfully have in his possession articles, as identified in the separate counts below,

which had been stolen, taken, embezzled, and abstracted from the United States Mail, knowing the

specified articles to have been stolen, taken, embezzled, and abstracted, as set forth below:

| COUNT | DATE | ARTICLES |
|-------|------|----------|
| IV | 6/13/00 | First National Bank Visa card in the name of Judith Fain Schirmer, along with the corresponding mailing insert, Tropical Federal Credit Union statement for Adam D. Heuer, statement from Brown & Brown Benefits for Adam Heuer, American Express statement with mailing envelope for Adam D. Heuer, BellSouth telephone bill for Adam Daniel Heuer |
| V | 5/26/00 | Bank checks in the name of Carter Hoffman for Carter Hoffman's Washington Mutual Bank account |

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT VI

### SCHEME TO DEFRAUD BANKS

14. Paragraphs 1-10 of this Second Superseding Indictment are incorporated herein as though

realleged in their entirety.

15. On or about July 21, 1999, at Broward County, in the Southern District of Florida, the

defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to

defraud Washington Mutual Bank and Wachovia Bank, and to obtain moneys, funds and assets

owned by and under the custody and control of Washington Mutual Bank and Wachovia Bank by

means of false and fraudulent pretenses, representations, and promises, in that the defendant

knowingly and willfully opened a fraudulent bank account at Wachovia Bank in the name of Richard

R. Paradis for the purpose of depositing counterfeit and forged checks in the name of Carter

Hoffman, drawn on Carter Hoffman's Washington Mutual Bank account, into the Paradis account.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS VII-XXII

### FALSE CLAIMS

16. On or about the dates set forth below, in Broward and Miami-Dade Counties, in the

Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

knowingly and willfully made and presented to a department and agency of the United States, that

is, the Department of the Treasury, claims upon and against the United States, as specified in the

individual claims below, knowing such claims to be false, fictitious, and fraudulent, as set forth below:

| COUNT | DATE | CLAIM |
|-------|------|-------|
| VII | 5/28/99 | Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,813.09, payable to James F. Aldous, into a NationsBank account in the name of Mark Hektor Demetris. |
| VIII | 6/2/99 | Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,937.00, payable to William Lee Baker, into a NationsBank account in the name of Mark Hektor Demetris. |
| IX | 6/8/99 | Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,896.00, payable to Royce E. Atwell, into a NationsBank account in the name of Mark Hektor Demetris. |
| X | 6/10/99 | Deposited United States Treasury check for fraudulently obtained |

federal income tax refund of $4,859.00, payable to Vince E. Breedwell, into a First Union National Bank account in the name of Mark Hektor Demetris.

XI          6/10/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,851.20, payable to Gregory M. Raub, into a First Union National Bank account in the name of Mark Hektor Demetris.

XII         6/11/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,786.65, payable to Michael P. Basile, into a First Union National Bank account in the name of Mark Hektor Demetris.

XIII        6/15/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,813.09, payable to Craig A. Albrada, into a First Union National Bank account in the name of Mark Hektor Demetris

XIV         6/15/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,843.00, payable to David M Batterson, into a NationsBank account in the name of Mark Hektor Demetris.

XV          6/21/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,813.09, payable to William M. Akers, into a NationsBank account in the name of Mark Hektor Demetris.

XVI         6/22/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,874.12, payable to Michael J Doughtery, into a First Union National Bank account in the name of Mark Hektor Demetris.

XVII        6/29/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $~~4,726.82~~, payable to Ralph Alfonso, into a First Union National Bank/account in the name of Mark Hektor Demetris.    #4,726.09  ZR 10/12/00

XVIII       6/29/99    Deposited United States Treasury check for fraudulently obtained federal income tax refund of $4,843.00, payable to Milos Bejda, into a First Union National Bank account in the name of Mark Hektor Demetris.

| XIX | 1/6/00 | Filed fraudulent claim for 1999 federal income tax refund of $4,940.00 in the name of Christopher A. Gauthier with the Internal Revenue Service. |
| XX | 1/5/00 | Filed fraudulent claim for 1999 federal income tax refund of $4,894.00 in the name of Richard R. Paradis with the Internal Revenue Service. |
| XXI | 1/6/00 ✓<br>$\frac{1}{10}/12/00$ | Filed fraudulent claim for 1999 federal income tax refund of $4,940.00 in the name of Michael E. Lucas with the Internal Revenue Service. |
| XXII | 1/31/00 | Filed fraudulent claim for 1999 federal income tax refund of $4,958.00 in the name of Mark A. Tarrant with the Internal Revenue Service. |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT XXIII

### FALSE ENDORSEMENT ON UNITED STATES TREASURY CHECK

17. On or about February 8, 2000, in Broward County, in the Southern District of Florida,

the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

did knowingly, willfully, and with intent to defraud, pass, utter, and publish a United States Treasury

check, to wit, United States Treasury check number 18205769, for $4,894.00, payable to Nathan

Cagle, bearing a falsely made and forged endorsement, that is, the falsely made and forged

-9-

endorsements of Nathan Cagle and Mark Demetris, in violation of Title 18, United States Code,

Sections 510(a)(2) and (c) and 2.

## COUNTS XXIV-XXXI

### IDENTITY THEFT

18  Paragraphs 1-17 of this Second Superseding Indictment are incorporated herein as though

realleged in their entirety.

19  On or about the dates specified in the separate counts below, at Broward County and

elsewhere in the Southern District of Florida, the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M  Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P  Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M  Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

knowingly, willfully, and without lawful authority, used in and affecting interstate and foreign

commerce, a means of identification of another person, as identified in the separate counts below,

with the intent to commit, aid, and abet unlawful activity that was a violation of Federal law, as set

forth below:

-10-

| **COUNT** | **DATE(S)** | **IDENTIFICATION USED** | **CONDUCT** |
|-----------|-------------|-------------------------|-------------|
| XXIV | 6/13/00 | False Florida Driver's License in the name of Michael Baron | Knowing and willful use and attempted use of an unauthorized access device, that is, a Home Depot credit account in the name of Michael Baron, during a one-year period, to obtain things of value aggregating $1,000 and more during that period, with an effect on interstate and foreign commerce and with intent to defraud, in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1), as specified in Count I. |
| XXV | 5/5/00 | False Florida Driver's License in the name of Carter Hoffman | Willful and unlawful theft, receipt, and possession of articles, that is, bank checks from Carter Hoffman's Washington Mutual Bank account, stolen, taken, embezzled, and abstracted, from the United States Mail, knowing the above-specified articles to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708, as specified in Count V. |
| XXVI | 7/21/99 | False Florida Driver's License in the name of Richard Roy Paradis | Knowing and willful use and attempted use of a scheme and artifice to defraud Washington Mutual Bank and Wachovia Bank, in which the defendant fraudulently opened a bank account at Wachovia Bank in the name of Richard R. Paradis for the purpose of depositing counterfeit and forged checks in the name of Carter Hoffman drawn on Carter Hoffman's Washington Mutual Bank account, in violation of Title 18, United States Code, Section 1344, as specified in Count VI, and use of false license to open bank account in the name of |

-11-

Richard R. Paradis, at Wachovia Bank, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of a claim upon and against the United States, that is a fraudulently obtained federal income tax return refund issued to Richard R. Paradis, knowing such claim to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by receiving an electronic funds transfer from the United States Treasury of the fraudulently obtained tax refund issued to Richard R. Paradis, in the Wachovia Bank account in the name of Richard Roy Paradis, as specified in Count XX.

| | | | |
|---|---|---|---|
| XXVII | 6/9/99 | False Florida Driver's License in the name of Mark Hektor Demetris | Used false license to open bank account in the name of Mark Hektor Demetris at First Union National Bank, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of claims upon and against the United States, that is fraudulently obtained federal income tax return refunds issued to Vince E. Breedwell, Gregory M. Raub, Michael P. Basile, Craig A. Albrada, Michael J. Dougherty, Ralph Alfonso, and Milos Bejda knowing such claims to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by depositing such checks in the First Union National Bank account in the name of Mark Hektor Demetris, as specified in Counts X, XI, XII, XIII, XVI, XVII, and XVIII. |

| XXVIII | 7/19/99 | False Florida Driver's License in the name of Christopher A. Gauthier | Used false license to open bank account in the name of Christopher A. Gauthier, at First Union National Bank, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of a claim upon and against the United States, that is a fraudulently obtained federal income tax return refund issued to Christopher A. Gauthier, knowing such claim to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by receiving an electronic fund transfer from the United States Treasury of the fraudulently obtained tax refund issued to Christopher A. Gauthier, in the First Union National Bank account in the name of Christopher A. Gauthier, as specified in Count XIX. |
| XXIX | 7/20/99 | False Florida Driver's License in the name of Mark Hektor Demetris | Used false license to open bank account in the name of Mark Hektor Demetris at NationsBank, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of claims upon and against the United States, that is fraudulently obtained federal income tax return refunds issued to James F. Aldous, William L. Baker, Royce E. Atwell, David M. Batterson, and William M. Akers, knowing such claims to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by depositing such checks in the NationsBank account in the name of Mark Hektor Demetris, as specified in Counts VII, VIII, IX, XIV, and XV. |

| XXX | 7/26/99 | False Florida Driver's License in the name of Michael E Lucas | Used false license to open bank account in the name of Michael E. Lucas, at Wachovia Bank, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of a claim upon and against the United States, that is a fraudulently obtained federal income tax return refund issued to Michael E. Lucas, knowing such claim to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by receiving an electronic fund transfer from the United States Treasury of the fraudulently obtained tax refund issued to Michael E. Lucas, in the Wachovia Bank account in the name of Michael E. Lucas, as specified in Count XXI. |
| XXXI | 7/27/99 | False Florida Driver's License in the name of Mark A. Tarrant | Used false license to open bank account in the name of Mark A. Tarrant, at Bank Atlantic, where defendant made knowing and willful presentation to a department and agency of the United States of America, that is, the Department of the Treasury, of a claim upon and against the United States, that is a fraudulently obtained federal income tax return refund issued to Mark A. Tarrant, knowing such claim to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287, by receiving an electronic fund transfer from the United States Treasury of the fraudulently obtained tax refund issued to Mark A. Tarrant, in the Bank Atlantic account in the name of Mark A. Tarrant, as specified in Count XXII. |

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A), and

Section 2.

## COUNT XXXII

### USE OF FALSE UNITED STATES IDENTIFICATION

20  On or about October 1, 1999, in Palm Beach County, in the Southern District of Florida,

the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris,

knowingly and willfully possessed an identification document that was and appeared to be an

identification document of the United States issued by and under the authority of the United States,

which was produced without lawful authority, to wit, a false Internal Revenue Service employment

identification in the name of Mark Hektor Demetris, bearing the identification number 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,

knowing that such document was produced without such authority, in violation of Title 18, United

States Code, Sections 1028(a)(6), (c)(1), and 2.

-15-

## COUNT XXXIII

### MONEY LAUNDERING

21. Paragraphs 1-19 of this Second Superseding Indictment are incorporated herein as though

realleged in their entirety.

22. On or about May 26, 2000, in Broward County, in the Southern District of Florida, the

defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Demetris,

did knowingly conduct a financial transaction affecting interstate commerce, that is, the deposit into

a Wachovia Bank account in the name of Richard R. Paradis a counterfeit and forged check payable

to Richard Paradis and drawn on the Washington Mutual account of Carter Hoffman, knowing that

the property involved in such financial transaction represented the proceeds of some form of unlawful

activity, such property being, in fact, the proceeds of a specified unlawful activity, that is, possession

of articles stolen, taken, embezzled, and abstracted from the United States Mail, as alleged in Count

V of this Superseding Indictment, in violation of Title 18, United States Code, Section 1708; and

knowing that the transaction was designed in whole and in part to conceal and disguise the nature,

location, source, ownership and the control of the proceeds of said unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

-16-

## **FORFEITURE**

1. The allegations contained in paragraphs 1 through 17 of this Superseding Indictment are

re-alleged and incorporated by reference as though fully set forth herein.

2. The defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Demetris,

upon conviction of violating Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A), as

alleged in Counts VII, VIII, and IX above, shall forfeit to the United States any property used or

intended to be used, in any manner, by the defendant,

VADIM ZHUKOV,
a/k/a Michael Baron, a/k/a Carter Hoffman,
a/k/a Adam Heuer, a/k/a Anton Levin,
a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur,
a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant,
a/k/a William M. Akers, a/k/a Craig A. Albrada,
a/k/a James F. Aldous, a/k/a Ralph Alfonso,
a/k/a Royce E. Atwell, a/k/a William L. Baker,
a/k/a Michael P. Basile, a/k/a David M. Batterson,
a/k/a Bejda Milos, a/k/a Vince E. Breedwell,
a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub,
a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas,
a/k/a Christopher A. Gauthier, a/k/a Mark Demetris,

to commit such offense, all in accordance with Title 18, United States Code, Sections 982,

1028(b)(5), and 1028(g).

3. Such forfeitures shall include, but are not limited to a white, four-door, 1996 Ford Crown Victoria, vehicle identification number 2FALP74W3TX146131.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      i.     cannot be located upon the exercise of due diligence;

      ii.    has been transferred, or sold to, or deposited with a third party;

      iii.   has been placed beyond the jurisdiction of the Court;

      iv.   has been substantially diminished in value; or

      v.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 1028(b)(5) and 1028(g), and Title 21, United States Code, Section 853(p), to seek the forfeiture of any other

-18-

property of defendant up to the value of the above-described forfeitable property.

In accordance with Title 18, United States Code, Sections 982, 1028(b)(5), and 1028(g).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

-19-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____2000R01598_____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| <u>VADIM ZHUKOV</u> | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)          Yes ___     No _X_
Number of New Defendants        _0_
Total number of counts        _33 +_forfeiture

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) _No_
    List language and/or dialect  _____

4.  This case will take  _8_  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ | |
| II | 6 to 10 days | _X_ | Minor | ____ | |
| III | 11 to 20 days | ____ | Misdem. | ____ | |
| IV | 21 to 60 days | ____ | Felony | _X_ | |
| V | 61 days and over | ____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) <u>Yes</u>_____
If yes:
Magistrate Case No.   _00-4141-BSS_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of <u>6-13-00</u>_____
Defendant(s) in state custody as of _____
Rule 20 from the _____      District of _____

Is this a potential death penalty case? (Yes or No) ____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

\*Penalty Sheet(s) attached                                          REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:  Vadim Zhukov      Case No.:  00-6172-CR-FERGUSON(S)(S)**

=================================    ============================================

Counts #I-3: Access device fraud - 18 U.S.C. §1029(a)(2) and (b)(1)

**Max. Penalty:** 10 years' imprisonment; $250,000 fine

Counts 4 and 5 - Possession of stolen mail - 18 U.S.C. §1708

**Max. Penalty:** 5 years' imprisonment; $250,000 fine

Counts # 6 - Bank fraud - 18 U.S.C. §1344

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine, or twice the gross gain or gross loss

Counts #7-22: False claims - 18 U.S.C. 287

**Max. Penalty:** 5 years' imprisonment; $250,000 fine

Count 23: False endorsement of U.S. Treasury check - 18 U.S.C. 510

**Max. Penalty:** 10 years' imprisonment; $250,000 fine

Counts #24-31: Identity theft - 18 U.S.C. §1028(a)(7) and (c)(3)(A)

**Max. Penalty:** 15 years' imprisonment; $250,000 fine

Count 32: False U.S. identification - 18 U.S.C. §1028(a)(6) & (c)(1)

**Max. Penalty:** 15 years' imprisonment; $250,000 fine

Count #33: Money laundering - 18 U.S.C. §1956(a)(1)(B)(i)

**Max. Penalty:** 20 years' imprisonment; $500,000 fine or twice the value of the property involved in the transaction

Count #Criminal Forfeiture - 18 U.S.C. §1028(b)(5) and (g)

**Max. Penalty:** Forfeiture of any personal property used or intended to be used to commit the offense

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

