# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED by DM D.C.*
*OCT 16 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6172-CR-WDF__   Date: __10/16/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

UNITED STATES OF AMERICA vs. __Vadim ZHUKOV (J)__

AUSA: __Robin Rosenbaum__

Defendant(s) Counsel: __Fred J. Moldovan__

Defendant(s)  Present___  Not Present__  In Custody__

Reason for hearing: __Calendar Call__

Result of hearing: _____

Case Continued to: __11/3/00__ Time: __3:15__ p.m. For: __Calendar Call__

31