| | | | |
|---|---|---|---|
| DEFT: | Vadim Zhukov (J)# | CASE NO: | 00-6172-CR-Ferguson (s) |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Fred Moldovan *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD ✓ yes no | | COUNSEL APPOINTED: | |

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed / or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Rand. urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
___ demanded
___ Discovery Order requested

NCL / ?

**NEXT COURT APPEARANCE:** DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 10-24-00    TIME: 11:00am    TAPE # 00-080    PG # 1804 - 1820

33