UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA

00-6172-CR-Ferguson (s)

vs

Vadim Zhukov

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   10-24-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court~appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:  In Custody

Telephone:

DEFENSE COUNSEL:      Name:  Fred Moldovan

Address:

Telephone:

BOND SET/CONTINUED:   $          Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __24__ day of __October__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. _00-080_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services