UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6172-CR-FERGUSON(s)(s)

UNITED STATES OF AMERICA )
)
vs. )
)
VADIM ZHUKOV, )
)
          Defendant. )
_____)



**GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this second supplemental response to the Standing Discovery Order. The attachments to this response are numbered pages 1-435 (pages 1-156 in this production are different than pages 1-156 in the first production, and pages 1-350 in this production are different from pages 1-350 in the second production). Additionally, unnumbered attachments to counsel for the defendant's copy of this response include numerous false tax returns for various individuals for the tax years 1998 and 1999. Please contact the undersigned Assistant United States



Attorney if any pages are missing.

>    Respectfully submitted,
>
>    GUY A. LEWIS
>    UNITED STATES ATTORNEY
>
> By:    *[signature]*
>    Robin S. Rosenbaum
>    Assistant United States Attorney
>    Florida Bar No. 908223
>    500 E. Broward Blvd.
>    Suite 700
>    Fort Lauderdale, FL 33394
>    Tel: (954) 356-7255 ext. 3595
>    Fax: (954) 356-7336

2

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed by Federal Express, this 25th day of October, 2000, to Fred Moldovan, Esq., 999 Ponce de Leon, Suite 900, Coral Gables, Florida 33134.

Robin S. Rosenbaum
Assistant United States Attorney

3