UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-FERGUSON

**NIGHT BOX FILED**

JAN 17 2001

CLARENCE MADDOX
CLERK/ USDC / SDFL / FTL

UNITED STATES OF AMERICA,
Plaintiff,

vs.                                    Fla. Bar #222097

VADIM ZHUKOV,
Defendant.
_____/

## DEFENDANT ZHUKOV'S MOTION IN LIMINE TO EXCLUDE OTHER CRIMES EVIDENCE AND INCORPORATED MEMORANDUM OF LAW

The defendant, **VADIM ZHUKOV**, by and through undersigned counsel and pursuant to Federal Rules of Evidence 403 and 404(b), and the Due Process Clause of the Fifth Amendment, respectfully moves this Honorable Court for the entry of an Order barring the government from introducing evidence of other crimes allegedly committed by him. In support of this motion, the defendant states the following:

### BACKGROUND

1.    The United States has charged the defendant, **VADIM ZHUKOV**, in the Second Superceding Indictment with a number of criminal charges, including but not limited to Filing False Claims or Income Tax Refunds using individuals serving sentences in the Florida State penal system.

2. That the government has noticed the defendant in discovery that it will introduce in the case-in chief the attached list of evidence, which includes stolen checks and mail theft complaints,

1



along with a potpourri of evidence which includes various victims accounts of fraud based on the use of stolen mail. (Please see attached exhibit #1).

3.  T he foregoing "other crimes" evidence is classic propensity evidence intended to show **Mr. ZHUKOV'S** bad character and misconduct in conformity therewith.

9.  Pursuant to Federal Rules of Evidence 403 and 404(b) and other applicable authority, the government's proposed evidence of "other crimes" is inadmissible and should be excluded from the trial of this case.

## MEMORANDUM

It is well-established that evidence of offenses other that those charged in the indictment is admissible only for purposes other than showing character. Fed.R.Evid. 404(b) Evidence of a defendant's character and extraneous conduct "tends to draw the attention of the jury away from a consideration of the real issues on trial, to fasten it upon other questions, and to lead them unconsciously to render their verdicts in accordance with their views on false issues rather than on the true issues on trial." *United States v. Bleeds*, 531 F.2d 888, 891 (5' Cir. 1976) (citation omitted). Accordingly, the trial court must exercise extreme caution when presented with "other crimes" evidence against a defendant.

Rule 404(b) is the springboard for determining whether extrinsic evidence is. admissible in the government's case in chief. This Rule provides that:

> Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge,

2

identity, or absence of mistake or accident.

Thus, the first step in a Rule 404(b) analysis is to determine the relevancy of the proposed evidence to an issue in the trial other than the defendant's character. *United States v. Mills*, 138 F.3d 928 (11th Cir. 1998). "'Relevancy is not an inherent characteristic of any item of evidence but exists only as a relation between an item of evidence and a matter properly provable in the case.'" *Huddleston v. United States*, 485 U.S. at 689 (quoting Advisory Committee's Notes on Fed.R.Evid. 401, 28 U.S.C. App., p. 688). In determining whether the proposed other crimes evidence is relevant, the Court must: (a) examine the element of the charged offense for which the evidence of other crimes is introduced; (b) ascertain the degree to which that element is contested or material to the case; and (c) discern whether or not the proffered evidence is probative of that issue. *See, e.g., United States v. Garcia-Rosa*, 876 F.2d 209, 220-21 (1St Cir. 1989), *cert. denied*, 493 U.S. 1030 (1990); *United States v. Lynn*, 856 F.2d 430, 435-37 (1St Cir. 1988); *United States v. Flores Perez*, 849 F.2d 1, 6-7 (1St Cir. 1988); *LaTaille v. Ponte*, 754 F.2d 33, 36 (l9t Cir. 1985); *United States v. Mann*, 590 F.2d 361, 169 (lst Cir. 1978) (advising courts to identify the relevancy relationship between the extrinsic act and the charged crime). The government's proposed evidence herein fails to meet the relevancy test outright. Moreover, the "other crimes" evidence is classic propensity evidence to raise impermissible character inferences in direct violation of Rule 404(b).

In the instant case, the central issue at trial will be Mr. Zhukov"s identity as one of the participants in the False Claims charges , which allegedly occurred between 5/28/99 and 1/31/00. The government's proposed evidence of other crimes, however, has no tendency to make Mr. Zhukov's identity as a participant of the offense charged more probable. Indeed, the proposed evidence is unrelated to the allegations the government must prove in its case in chief.
3

Under the standards of **United States v. Beechum**, 582 F.2d 898 (5th Cir, 1978) neither part of the two-part test is met: the relevance only goes to the defendant's character, not to any material issues of the case at bar and 2.) the prejudice of the information that their were other victims of mail theft and the subsequent fraud far outweighs the probative value as to the facts of the alleged filing false claims for IRS refunds using the identities of prisoners.

Even where the proposed evidence is relevant to an issue other than character, it must also survive the balancing test for prejudice. *United States v. Mills*, 138 F.3d 928 (11' Cir. 1998). In the instant case, the proposed evidence is irrelevant to the main issues in dispute, and would only come in to show criminal disposition. Id.; see also *United States v. Hubert*, 138 F.3d 912, 914 (11th Cir. 1998); *United States v. Puentes*. 50 F.3d 1567 (11th Cir. 1995). Criminal disposition is the ultimate prejudicial inference that a jury can make. Fed.R.Evid. 404(b); *see generally Old Chief v. United States*, 117 S Ct. 644 (1997) (risk that jury will convict for crimes other than those charged or because a bad person deserves punishment creates prejudicial effect that outweighs ordinary relevance).

In the instant case, the "shopping list" of proposed 404(B) extrinsic evidence allegations would only come in to "generalize [**Mr. Zhukov's** alleged] bad acts into bad character," and raise the odds that he committed the acts charged herein. *Old Chief*, 117 S.Ct. at 650. The proposed evidence would simply divert the jury from the "true issues on trial," and, "lead them unconsciously to render their verdict in accordance with their views of false issues ...." *United States v. Bleeds*, 531 F. 2d at 891. This is precisely what Rules 403 and 404(b) were designed to prevent. In light of the foregoing, the proposed evidence should be excluded.

4

WHEREFORE, in light of the foregoing, defendant, **Vadim Zhukov**, respectfully requests the entry of an Order barring the government from introducing the "other crimes" evidence set forth above and in the alternative a hearing as to whether there is sufficient evidence to support a finding that the defendant committed the similar acts.

Respectfully Submitted:

*[signature]*　　　　　　　*[signature]*

Fred Moldovan, Esq.　　　Kenneth White, Esq.

999 Ponce De Leon Blvd.　　2400 S. Dixie Hghway
Suite 900　　　　　　　　　Suite 105
Coral Gables, Florida 33134　Miami, Florida 33133
(305) 854-8393　　　　　　305-854-8393

I hereby certify that the preceding document was forwarded to the following parties this ___ day of _____, 2001.

Robin Rosenbaum AUSA
500 E. Broward Blvd. Suite 700
Ft. Lauderdale, Florida 33394

*[signature]*

Kenneth White, Esq.

VADIM ZHUKOV DISCOVERY
<u>404(B) EVIDENCE</u>

| EXHIBIT # | DESCRIPTION | | DATE | $ |
|---|---|---|---|---|
| VZ-200 | BARAT CHECK #701 | | 7/13/98 | $982. |
| VZ-201 | LANGLEY 251 174TH ST. | PS 2016 | 7/27/98 | |
| VZ-202 | JURMARK 230 174TH ST. | PS 2016 | 12/16/98 | |
| VZ-203 | GELLER 251 174TH ST. | PS 2016 | 8/99 | $4,500. |
| VZ-204 | SIPPIN 250 174TH ST. | PS 2016 | 12/16/99 | |
| VZ-205 | SCHWIMMER 251-174TH | PS 2016 | 9/8/98 | $3,100. |
| VZ-206 | MALINER 230 174TH ST. | PS 2016 | 9/11/98 | $542. |
| VZ-207 | BALOGH 251 174TH ST. | PS 2016 | 9/5/98 | $1,000. |
| VZ-208 | VALSES 230 174TH ST. | PS 2016 | 7/22/98 | $1,481 |
| VZ-209 | FRIEDMAN 230 174TH ST. | PS 2016 | 3/16/98 | |
| VZ-210 | FOGELSON 231 174TH ST. | PS 2016 | 12/29/98 | $273 |
| VZ-211 | RASHAP 230 174TH ST. | PS 2016 | 12/18/98 | $5,500 |
| VZ-212 | SANDLER 230 174TH ST. | PS 2016 | 4/9/99 | |
| VZ-213 | LIBKHEN 230 174TH ST. | PS 2016 | 4/23/99 | |
| VZ-214 | LEVINE 230 174TH ST. | PS 2016 | 4/24/99 | |
| VZ-215 | PAHL 230 174TH ST. | PS 2016 | 4/30/99 | |
| VZ-216 | STEINWEIS 230 174TH ST. | PS 2016 | 7/25/99 | $483 |
| VZ-217 | ASCAGNI 230 174TH ST. | PS 2016 | 8/4/99 | $1,680 |
| VZ-218 | LOVERIA 251 174TH ST. | PS 2016 | 10/6/98 | |
| VZ-219 | COX 251 174TH ST. | PS 2016 | 9/17/99 | |
| VZ-220 | STEIN 230 174TH ST. | PS 2016 | 11/5/99 | $33,000 |
| VZ-221 | ROSENBLUM 230 174TH | PS 2016 | 7/23/99 | $138 |
| VZ-222 | JURMARK 230 174TH ST. | PS 2016 | 11/27/98 | |
| VZ-223 | RUIZ 230 174TH ST. | PS 2016 | 7/13/98 | $185 |
| VZ-224 | BELOFSKY 230 174TH ST. | PS 2016 | 7/7/98 | $1,000 |
| VZ-225 | ZEITLIN 230 174TH ST. | PS 2016 | 7/13/98 | $22,000 |
| VZ-226 | POGAL 230 174TH ST. | PS 2016 | 4/9/99 | $3,500 |
| VZ-227 | BLEIWEISS 230 174TH | PS 2016 | 11/12/99 | |
| VZ-228 | DOBOSZ 230 174TH ST. | PS 2016 | 10/15/98 | $405 |
| VZ-229 | DEFELICE 251 NW 174TH | PS 2016 | 8/5/99 | $10,000 |
| VZ-230 | OKUN 250 174TH ST  POLICE REPORT | | 12/15/98 | |
| VZ-231 | OKUN STOLEN CHECKS | | 8/3/98 | $53,000 |

**ALFRED KRAUS STUFF**

| | | | |
|---|---|---|---|
| VZ-232 | FICTIOUS ALFRED KRAUS LOUISIANA D/L | 2/6/98 | |
| VZ-233 | ALFRED KRAUS REGIONSBANK ACCT. INFO | 12/22/98 | |
| VZ-234 | BANK ATM PHOTOS OF KRAUS DEPOSIT. | 12/12/98 | $4,900 |
| VZ-235 | BANK PHOTOS OF KRAUS BANK1 WITHDRAWL | 12/22/98 | $4,000 |
| VZ-236 | KRAUS CHECK #129  PAYABLE TO CASH | 12/16/98 | $4,700 |
| VZ-237 | PANELLA 230 174TH ST.     PS 2016 | 12/22/98 | |

| | | | |
|---|---|---|---|
| VZ-238 | SUNNY ISLES PANELLA POLICE REPORT | 12/23/98 | |
| VZ-239 | PANELLA WASH. MUTUAL CHECK #539 | 12/5/98 | $3,810 |
| VZ-240 | KRAUSS 230 174TH ST.    PS 2016 | 11/27/98 | $4,900 |
| VZ-241 | MUSYA GELMAN MBNA CHECK #5376 | 12/4/98 | $4,165 |
| VZ-242 | C. SCHWARTZ WASH. MUTUAL CHECK #2505 | 12/5/98 | $18,300 |
| VZ-243 | S. CASHI WASH. MUTUAL CHECK #140 | 12/6/98 | $1,165 |
| VZ-244 | S. CASHI FRAUD AFFIDAVIT | 6/21/00 | |
| VZ-245 | M. HONIG MBNA CHECK #5076 | 12/2/98 | $1,700 |
| VZ-246 | M. HONIG MBNA CHECK #5077 | 12/3/98 | $4,927 |
| VZ-247 | R. SANDAU ANB CHECK #1101 | 12/2/98 | $2,370 |
| VZ-248 | F. GOLD FCC CHECK #901 | 12/6/98 | $4,420 |
| VZ-249 | J. RICHARDSON CHECK #7544 | 12/6/98 | $4,950 |
| VZ-250 | H. ZUCKER WASH. MUTUAL CHECK #2204 | 12/5/98 | $4,100 |
| VZ-251 | H.ZUCKER SUNNY ISLES POLICE REPORT | 12/23/98 | |
| **VZ-252** | **LIST OF OTHER NATALIA SCOTT VICTIMS** | | |

### MARK DEMETRIUS STUFF

| | | | |
|---|---|---|---|
| VZ-253 | FICTICIOUS MARK DEMITRIUS D/L | 4/7/98 | |
| VZ-254 | NATIONS BANK CAPITOL GROUP INT. ACCOUNT INFO. | | |
| VZ-255 | AUTO TRACK ON MARK DEMITRIUS | | |
| VZ-256 | BECKY SAPAYO MBNA CHECK #301 | 2/21/00 | $4,860 |
| VZ-257 | JOSE ALMEIDA AARP CHECK #7449 | 2/25/00 | $3,280 |
| VZ-258 | JOSE ALMEIDA MEMO OF INTERVIEW | 6/20/00 | |
| VZ-259 | WALTER ZEIGER MBNA CHECK #1911 | 2/16/00 | $4,275 |
| VZ-260 | IRVING DIAMOND AMEX CHECK #8354 | 2/23/00 | $4,790 |
| VZ-261 | IRVING DIAMOND FRAUD AFFIDAVIT | 6/20/00 | |
| VZ-262 | NATHAN CAGLE TREASURY CHECK | 2/4/00 | $4894 |

### GOLD COIN PURCHASES

| | | | |
|---|---|---|---|
| VZ-263 | SUNNY ISLES POLICE REPORT M. GOLDMAN | 3/5/98 | $3,045 |
| VZ-264 | PARCEL ADDRESSED TO MONICA GOLDMAN | | |
| **VZ-265** | PARCEL MAILED TO FERSHID KAYGHOBADI | 9/24/98 | $3,100 |
| VZ-266 | F. KAYGHOBADI WACHOVIA CHECK#5200 | 9/8/98 | $3,185 |

VADIM ZHUKOV DISCOVERY
404(B) EVIDENCE

| EXHIBIT # | DESCRIPTION | | DATE | $ |
|---|---|---|---|---|
| VZ-200 | BARAT CHECK #701 | | 7/13/98 | $982. |
| VZ-201 | LANGLEY 251 174TH ST. | PS 2016 | 7/27/98 | |
| VZ-202 | JURMARK 230 174TH ST. | PS 2016 | 12/16/98 | |
| VZ-203 | GELLER 251 174TH ST. | PS 2016 | 8/99 | $4,500. |
| VZ-204 | SIPPIN 250 174TH ST. | PS 2016 | 12/16/99 | |
| VZ-205 | SCHWIMMER 251-174TH | PS 2016 | 9/8/98 | $3,100. |
| VZ-206 | MALINER 230 174TH ST. | PS 2016 | 9/11/98 | $542. |
| VZ-207 | BALOGH 251 174TH ST. | PS 2016 | 9/5/98 | $1,000. |
| VZ-208 | VALSES 230 174TH ST. | PS 2016 | 7/22/98 | $1,481 |
| VZ-209 | FRIEDMAN 230 174TH ST. | PS 2016 | 3/16/98 | |
| VZ-210 | FOGELSON 231 174TH ST. | PS 2016 | 12/29/98 | $273 |
| VZ-211 | RASHAP 230 174TH ST. | PS 2016 | 12/18/98 | $5,500 |
| VZ-212 | SANDLER 230 174TH ST. | PS 2016 | 4/9/99 | |
| VZ-213 | LIBKHEN 230 174TH ST. | PS 2016 | 4/23/99 | |
| VZ-214 | LEVINE 230 174TH ST. | PS 2016 | 4/24/99 | |
| VZ-215 | PAHL 230 174TH ST. | PS 2016 | 4/30/99 | |
| VZ-216 | STEINWEIS 230 174TH ST. | PS 2016 | 7/25/99 | $483 |
| VZ-217 | ASCAGNI 230 174TH ST. | PS 2016 | 8/4/99 | $1,680 |
| VZ-218 | LOVERIA 251 174TH ST. | PS 2016 | 10/6/98 | |
| VZ-219 | COX 251 174TH ST. | PS 2016 | 9/17/99 | |
| VZ-220 | STEIN 230 174TH ST. | PS 2016 | 11/5/99 | $33,000 |
| VZ-221 | ROSENBLUM 230 174TH | PS 2016 | 7/23/99 | $138 |
| VZ-222 | JURMARK 230 174TH ST. | PS 2016 | 11/27/98 | |
| VZ-223 | RUIZ 230 174TH ST. | PS 2016 | 7/13/98 | $185 |
| VZ-224 | BELOFSKY 230 174TH ST. | PS 2016 | 7/7/98 | $1,000 |
| VZ-225 | ZEITLIN 230 174TH ST. | PS 2016 | 7/13/98 | $22,000 |
| VZ-226 | POGAL 230 174TH ST. | PS 2016 | 4/9/99 | $3,500 |
| VZ-227 | BLEIWEISS 230 174TH | PS 2016 | 11/12/99 | |
| VZ-228 | DOBOSZ 230 174TH ST. | PS 2016 | 10/15/98 | $405 |
| VZ-229 | DEFELICE 251 NW 174TH | PS 2016 | 8/5/99 | $10,000 |
| VZ-230 | OKUN 250 174TH ST POLICE REPORT | | 12/15/98 | |
| VZ-231 | OKUN STOLEN CHECKS | | 8/3/98 | $53,000 |

**ALFRED KRAUS STUFF**

| | | | |
|---|---|---|---|
| VZ-232 | FICTIOUS ALFRED KRAUS LOUISIANA D/L | 2/6/98 | |
| VZ-233 | ALFRED KRAUS REGIONSBANK ACCT. INFO | 12/22/98 | |
| VZ-234 | BANK ATM PHOTOS OF KRAUS DEPOSIT. | 12/12/98 | $4,900 |
| VZ-235 | BANK PHOTOS OF KRAUS BANK1 WITHDRAWL | 12/22/98 | $4,000 |
| VZ-236 | KRAUS CHECK #129 PAYABLE TO CASH | 12/16/98 | $4,700 |
| VZ-237 | PANELLA 230 174TH ST. PS 2016 | 12/22/98 | |

| | | | |
|---|---|---|---|
| VZ-238 | SUNNY ISLES PANELLA POLICE REPORT | 12/23/98 | |
| VZ-239 | PANELLA WASH. MUTUAL CHECK #539 | 12/5/98 | $3,810 |
| VZ-240 | KRAUSS 230 174TH ST.  PS 2016 | 11/27/98 | $4,900 |
| VZ-241 | MUSYA GELMAN MBNA CHECK #5376 | 12/4/98 | $4,165 |
| VZ-242 | C. SCHWARTZ WASH. MUTUAL CHECK #2505 | 12/5/98 | $18,300 |
| VZ-243 | S. CASHI WASH. MUTUAL CHECK #140 | 12/6/98 | $1,165 |
| VZ-244 | S. CASHI FRAUD AFFIDAVIT | 6/21/00 | |
| VZ-245 | M. HONIG MBNA CHECK #5076 | 12/2/98 | $1,700 |
| VZ-246 | M. HONIG MBNA CHECK #5077 | 12/3/98 | $4,927 |
| VZ-247 | R. SANDAU ANB CHECK #1101 | 12/2/98 | $2,370 |
| VZ-248 | F. GOLD FCC CHECK #901 | 12/6/98 | $4,420 |
| VZ-249 | J. RICHARDSON CHECK #7544 | 12/6/98 | $4,950 |
| VZ-250 | H. ZUCKER WASH. MUTUAL CHECK #2204 | 12/5/98 | $4,100 |
| VZ-251 | H.ZUCKER SUNNY ISLES POLICE REPORT | 12/23/98 | |
| **VZ-252** | **LIST OF OTHER NATALIA SCOTT VICTIMS** | | |

### MARK DEMETRIUS STUFF

| | | | |
|---|---|---|---|
| VZ-253 | FICTICIOUS MARK DEMITRIUS D/L | 4/7/98 | |
| VZ-254 | NATIONS BANK CAPITOL GROUP INT. ACCOUNT INFO. | | |
| VZ-255 | AUTO TRACK ON MARK DEMITRIUS | | |
| VZ-256 | BECKY SAPAYO MBNA CHECK #301 | 2/21/00 | $4,860 |
| VZ-257 | JOSE ALMEIDA AARP CHECK #7449 | 2/25/00 | $3,280 |
| VZ-258 | JOSE ALMEIDA MEMO OF INTERVIEW | 6/20/00 | |
| VZ-259 | WALTER ZEIGER MBNA CHECK #1911 | 2/16/00 | $4,275 |
| VZ-260 | IRVING DIAMOND AMEX CHECK #8354 | 2/23/00 | $4,790 |
| VZ-261 | IRVING DIAMOND FRAUD AFFIDAVIT | 6/20/00 | |
| VZ-262 | NATHAN CAGLE TREASURY CHECK | 2/4/00 | $4894 |

### GOLD COIN PURCHASES

| | | | |
|---|---|---|---|
| VZ-263 | SUNNY ISLES POLICE REPORT M. GOLDMAN | 3/5/98 | $3,045 |
| VZ-264 | PARCEL ADDRESSED TO MONICA GOLDMAN | | |
| **VZ-265** | PARCEL MAILED TO FERSHID KAYGHOBADI | 9/24/98 | $3,100 |
| VZ-266 | F. KAYGHOBADI WACHOVIA CHECK#5200 | 9/8/98 | $3,185 |