UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO: 00-6172-CR-Ferguson
Fla. Bar #222097

vs.

VADIM ZHUKOV,
    Defendant.
_____/

NIGHT BOX
FILED

JAN 17 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION TO SUPPRESS PHYSICAL EVIDENCE
### AND INCORPORATED MEMORANDUM OF LAW

COMES NOW the defendant, VADIM ZHUKOV, by and through his undersigned attorney and moves this Court, pursuant to Rule 12(b)(3) and 41(f) of the Federal Rules of Criminal Procedure, to Suppress from use at trial herein any and all physical evidence obtained pursuant to the search on June 13, 2000, which is listed in Attached Exhibit #1 and would submit in support thereof the following:

    1. The defendant moves to suppress any and all documents physical evidence or other types of evidence seized pursuant to the search conducted pursuant to or under the authority of the following:

Search Warrant in the matter of the search of a White, four door, Ford Crown Victoria bearing Florida License Plate AO5SZN located at the Expo Design Center, 8944 State Road 84, Davie, Florida 33324, signed on JUne 13, 2000 by Judge Barry Seltzer in the Southern District of Florida [Warrant and Application attached hereto as Exhibit "B"].

The grounds for this Motion are that this search on June 13, 2000 was conducted in violation of the Defendant's Fourth Amendment rights under the United States Constitution.

The vehicle of the defendant was searched and numerous documents and items of personal property was seized by the government. The defendant moves to have all the property detailed in the document attached as "Exhibit A", suppressed.

2. That the affidavit (See Exhibit "B") submitted by the government in support of the issuance of the search warrant contains false statement and therefore the warrant which was based on the affidavit was invalid. See Franks v. Delaware, 438 U.S. 154 (1978), United States v. Chesher, 678 F.2d 1353 (9th Circuit. 1982). The affidavit is based on purported illegal activity on the part of the defendant (described as FNU LNU) on June 4, 2000. It is based on the information that photos of the defendant were identified by store employees on June 4, 2000. This information is erronous or misleading and the defendant requests an evidentiary hearing on these matters.

## MEMORANDUM OF LAW

Suppression is sought on the ground that the application, which is based upon erroneous and mistaken allegations, containing materially false statements, is devoid of the requisite proof establishing probable cause. Additionally, the allegations in the affidavits were made in reckless disregard of the truth, thereby warranting a hearing under Franks v. Delaware, 438

U.S. 154, 98 S. Ct. 2674, 57 L.Ed. 2d 667 (1978).

Probable cause under 1968 standards (and Gates) was lacking for the search warrant order granted. The Fourth Amendment command requires warrants to be issued upon "probable cause...where the facts and circumstances within the affiant's knowledge, and of which he has reasonable trustworthy information, are sufficient unto themselves to warrant a man of reasonable caution to believe that" an order ought to issue. Berger v. United States, 388 U.S.41, 55 (1967). " The showing of justification [must] match the degree of intrusion." Id. at 69 ( Stewart, J., concurring). "No greater invasion of privacy...may be permitted than... ..[is] necessary under the circumstances." Katz v. United States, 389 U.S. 347, 355 (1967).

In Illinois v. Gates, 462 U.S. 213, 103 S.Ct. 2317, 2328, 76 L.Ed. 2d 527 (1983), the United States Supreme Court mandated a "totality of the circumstances" approach, in which the old "two-pronged" test of Aguilar and Spinelli must be understood as simply involving " interwined issues that...usefully illuminate [a] common sense, practical question..." Gates, 462 U.S. 230 at 230. It is therefore sufficient under Gates that corroboration of the affidavit's hearsay allegations merely serves as a "substantial basis" on which to rest the judge's judgment. Gates, 462 U.S. at 241-42.

Even under Gates, however, it is the judge, not the police officer, who must make the probable cause determination. Id. at

239-40. Accordingly, the judge must be given the police officer's observations, not mere conclusions. Id. Where the affidavit does not rely on the affiant's personal knowledge, it should allege that the affiant's source was trustworthy and the information reliable. Spinelli v. United States, 393 U.S. 410 (1969)

### REQUEST FOR FRANKS HEARING

Suppression must be granted when an affidavit profferred to a magistrate to establish probable cause is wilful or recklessly false. In Franks v. Delaware, 438 U.S. 154, 156 (1978), the Supreme Court, as a matter of constitutional law, held:

> The Fourth Amendment requires... that... if... [a] reckless disregard [of the truth] is established by the defendant by a preponderance of the evidence, and, with the affidavit's false material set to one side, the affidavits remaining content is insufficient to establish probable cause, the search warrant must be voided and the fruits of the search excluded to the same extent as if probable cause was lacking on the face of the affidavit.

The defendant requests a hearing to address these and other matters germane to the facts alleged by the defendant to be misleading or false.

### C. CONCLUSION

It is the defendant's position that the warrant issued on June 13, 2000 was defective because of constitutional defects in the supporting affidavit

Accordingly the "fruits of the search" should be suppressed; including but not limited to the evidence seized and any and all reference to any property seized and any property that was discovered but not seized because of the illegal entry into the defendant's vehicle.

Respectfully submitted,

Fred Moldovan, Esq.
999 Ponce De Leon Blvd.
Suite 900
Coral Gables, Florida 33134
305-443-3199

By _____
Fred Moldovan, Esq.

KENNETH WHITE ESQ.
Attorney for Defendant
2400 S.Dixie Highway
Suite 105
Miami, Florida 33133
Telephone: 305-854-8393
Fla Bar #222097

By _____
Kenneth White, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that the preceding document was forwarded to the following parties this _____ day of _____, 2001.

Robin Rosenbaum AUSA
Office of the United States Attorney
500 E. Broward Blvd. Ste 700
Ft. Lauderdale, Florida 33394-3002

_____
Kenneth White, Esq.

5

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: _____ / _____

Subject Name: VADIM ZHUKOV  Date: 6/13/00

Subject Address: _____  Floor/Room No. _____

Inspector(s): GALVIN, WILLIAMS, McDONOUGH, Ya-Shandy, Roland  Case No. 201-1239784 ECMTG

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____

Shelf: ____ Table: ____ Wall: ____ Other: Crown Vic FL AOS-SZN

| QUANTITY | Exhibit # | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | VZ-01 | FL. D/L L150-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 ANTON N. LEVIN  △'s Picture |
| 1 | VZ-02 | WACHOVIA CHECK CARD # 4017 080 339 389 723  ANTON LEVIN |
| 1 | VZ-03 | Insurance Consultants business card, rear contains 1st Premier bank phone# |
| 2 | VZ-04 | FL. Vehicle registration AOSSZN ANTON LEVIN, FL INS ID CARD ANTON LEVIN |
| 3 | VZ-05 | 3 business cards |
| 1 | VZ-06 | Amtel Parking & Security Control card. M/N's ANI Kings |
| ✗ 1 | VZ-07 | Expo Design gift card # 9806 10400811191599974S8  $100° w/ credit ca... |
| 1 | VZ-08 | PT-1 Phone Card  5654 0476 700  $25.° |
| 1 | VZ-09 | Band-Aid box |
| 1 | VZ-10 | Brown glasses in black case |
| (ABOVE ITEMS LOCATED IN DRIVERS SIDE DOOR POCKET) | | |
| 2 | VZ-11 | Phillips screw driver, MINI-Mag light flashlight |
| 2 | VZ-12 | Brown jars of homeopathic medicine & herbal fluid |
| ✗ 1 | VZ-13 | Prime Co. cellular phone (786) 457-5210 M/N/K/SE/N/NUM. |
| 3 | VZ-14 | FL. D/L V-526-000-53-422-0 Alexander Vinokur, D/L transcript, cheat sheet. |
| 3 | VZ-15 | FL. DL H-600-004-65-050-0 ADAM HEUER, D/L Transcript, CHEAT SHEET |
| 1 | VZ-16 | Expo Design folder and account change for Alexander Vinokur 9510001223 |
| ✗ 15 7 | VZ-17 | Sets of keys (MAILBOXES) |
| 3 | VZ-18 | 3 Sets of keys for Apt # 903 |

DISTRIBUTION OF COPIES: White—U.S. Magistrate (Return with Warrant)
Yellow—Inspector (Attach to PS Form 714)
Pink—Subject Searched
Green—Evidence Control Officer (Attach to PS Form 714)

Page 1 of 5 pages

PS Form 8164, October 1993

00007

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: __2__ / page

Subject Name: **VADIM ZHUKOV**  Date: **6/13/00**

Subject Address: _____  Floor/Room No.: _____

Inspector(s): Garvin, Williams, McDonough, Jr Shockly, Roland   Case No. 201-1239 794 ZCMT

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___

Shelf: ___ Table: ___ Wall: ___ Other: Crown Victoria A05-5ZN

| QUANTITY/Items in Exhibit | EXHIBIT # | DESCRIPTION OF ITEMS |
|---|---|---|
| 4 | VZ-19 | 4 Keys including P.O. Box Key Series 56765 |
| 1 | VZ-20 | 1 set of car keys (2) w/ black control. Ford Lexus also |
| 1 | VZ-21 | Motorola beeper 743-1999 M's. |
| 11 | VZ-22 | 11 (eleven) business cards (various) |
| 7 | VZ-23 | 7 (seven) store receipts office depot (2) home depot (4) Exp 1 |
| 8 | VZ-24 | 8 (eight) slips of paper w/ handwritten notes, r |
| 3 | VZ-25 | Bank Statement Tropical CU. Amex statement d/2, Bell South bill Adam Heuer. |
| 1 | VZ-26 | EXPO card # 9510 00N76F  ADAM D. HEUER |
| 4 | VZ-27 | 4 (four) Office Depot Money cards. |
| 1 | VZ-28 | 1 - American Express "Blue" credit card application w/ handwritten notes. |
| 1 | VZ-29 | 1 - white floppy disc Close-Up remote communications |
| 1 | VZ-30 | 1 - business card Mailboxes etc. w/ Buster Hoffman info on rear. |
| 1 | VZ-31 | 1 black business folder. |
| 1 | VZ-32 | Master lock w/ 2 keys |
| 1 | VZ-33 | mailer for discover card 6011004060158740  Jason Boussom |
| 2 | VZ-34 | credit card #4403 6311 0019 2878, mailer info Judith Faia-Schriever |
| 1 | VZ-35 | Ft. Dpt of MV transcript on Michael Beron |
| 1 | VZ-36 | Ft. Dpt of MV transcript on Farshid Kayghobadi |
| 1 | VZ-37 | Insurance policy for Adam Heuer. |

DISTRIBUTION OF COPIES: White–U.S. Magistrate (Return with Warrant)
Yellow–Inspector (Attach to PS Form 714)
Pink–Subject Searched
Green–Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page 2 of 5 pages

00006

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: 3
page

Subject Name: Vadim Zhukov
Date: 6/13/00

Subject Address: _____ Floor/Room No. _____
Inspector(s): Quinn, Williams, McBaugh S/A Shurdey, Poland
Case No. 201-1239784 SCMT (1)

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: Crown Vic A05-SZN

| QUANTITY | EXHIBIT # | DESCRIPTION OF ITEMS |
|---|---|---|
| 2 | VZ-38 | Sheets of paper w/ info on Unidex Service Int. |
| 2 | VZ-39 | Ann Sacks pamphlet, clear key ring id |
| 1 | VZ-40 | Black raysacre |
| 1 | VZ-41 | US Post Office box key Sirva #89295 for box 913 Clare & Jackson |
| 1 | VZ-42 | 2 keys on plastic tag w/ Chris Gauthier 2545 E. Sunrise #463 |
| 1 | VZ-43 | 2 keys on plastic tag w/ Marc Tarrant P.O. box 46074 Russett #2421 5540 Stirling |
| 1 | VZ-44 | Business card of Paul Arnkenbrune Twentycorp Inc |
| 4 | VZ-45 | 4 keys |
| 1 | VZ-46 | 2 keys on plastic tag w/ James Hall, Anderson, Alexander 4119 N. SR 7 #315 |
| 1 | VZ-47 | Flyer from Coastal Towers |
| 6 | VZ-48 | 6 hats (various) [recovered on rear seat & window area] |
| 3 | VZ-49 | 3 work orders to Tony Levin [glove compartment] |
| 1 | VZ-50 | 1 lined note pad with hand written information [front seat] |
| 1 | VZ-51 | Ray ban sunglasses w/ case [glove compartment] |
| 1 | VZ-52 | Russian made 8x30M binoculars w/ case [rear seat] |
| 4 | VZ-53 | 4 tubes of super glue / remover [passenger front door panel] |
| 1 | VZ-54 | Gray garage door opener [passenger visor] |
| 1 | VZ-55 | Spiral bound note pad [rear seat] |
| 1 | VZ-56 | Sports Authority Credit Application [front passenger side floor] |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 3 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: 4/1

Subject Name: Vadim G. Zhukov  
Date: 6/13/00  
Subject Address: _____  
Floor/Room No.: _____  
Inspector(s): Gavin, Williams, McDonough/Shotwell, Rubond  
Case No.: 20L-1239784 8247(6)  
Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___  
Shelf: ___ Table: ___ Wall: ___ Other: Crown Vic - Trunk

| QUANTITY | EXHIBIT | DESCRIPTION OF ITEMS |
|---|---|---|
| 3 | VZ-57 | Bag, Chuck, Home Depot receipt 6/2 gift card 104000 115567 store 285 |
| 3 | VZ-58 | Bag, Saw bits, Home Depot receipt 5/27 gift card 104000030339 store 6315 |
| 3 | VZ-59 | Bag, Chuck, Home Depot receipt 6/3 gift card 10400030695 store 6312 |
| 3 | VZ-60 | Bag, drill bit, Home Depot receipt 6/3 gift card 104000 115437 store 6315 |
| 3 | VZ-61 | Bag, lock und kcho Kit, Home Depot receipt 5/27 gift card 104000115485 store 6312 |
| 3 | VZ-62 | Bag, Video Cable, Home Depot receipt 6/6/00 gift card 104000 30910 store 205 |
| 3 | VZ-63 | Bag, Monster Cable, Home Depot receipt 6/2/00 gift card 10400030167 store 285 |
| 3 | VZ-64 | Bag, light dimmer, Home Depot receipt 5/15 gift card 104000 111953 store 6310 |
| 3 | VZ-65 | Bag, hole saw, Home Depot receipt 5/27 gift card 104000 30081 store 218 |
| 3 | VZ-66 | Bag, Chuck, Home Depot receipt 6/3 gift card 104000 30696 store 205 |
| 3 | VZ-67 | Bag, clear handles, Home Depot receipt 6/3 gift card 104000 115438 store 204 |
| 3 | VZ-68 | Bag, Chuck, Home Depot receipt 5/22 gift card 104000 39252 store 222 |
| 3 | VZ-69 | Bag, drill bit, Home Depot receipt 6/3 gift card 104000 115450 store 224 |
| 4 | VZ-70 | Bag, 2 sets strm tile, Home Depot receipt 5/25 gift card 104000 30353 store 202 |
| 3 | VZ-71 | Bag, Wire Whact, Home Depot receipt 5/22 gift card 104000 30390 store 289 |
| 3 | VZ-72 | Bag, Chuck, Home Depot receipt 6/2 gift card 104 000115576 store 222 |
| 3 | VZ-73 | Bag, Chuck, Home Depot receipt 6/3 gift card 104 00030621 store 249 |
| 3 | VZ-74 | Bag, Chuck, Home Depot receipt 6/3 gift card 104000 30701 store 218 |
| 3 | VZ-75 | Bag, hole saw, Home Depot receipt 6/7 gift card 104 000 115429 store 249 |

DISTRIBUTION OF COPIES: White—U.S. Magistrate (Return with Warrant)  
Yellow—Inspector (Attach to PS Form 714)  
Pink—Subject Searched  
Green—Evidence Control Officer (Attach to PS Form 714)

Page 4 of 6 pages

PS Form 8164, October 1993

00004

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box: 5

Subject Name: Vadim Zhukov  Date: 6/13/00

Subject Address: _____  Floor/Room No. _____

Inspector(s): Gawins, Williams, McDonough, S/A Shakely  Related No. 201-1239784 ECMT (1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___

Shelf: ___  Table: ___  Wall: ___  Other: Crown Vic - A05 - SZN

| QUANTITY | EXHIBIT# | DESCRIPTION OF ITEMS |
|---|---|---|
| 3 | VZ-76 | Bag, Toilet paper Holder, Home Depot receipt 6/3 Gift Card 104 0000 30927 Store 224 |
| 3 | VZ-77 | Bag, Hole Saw, Home Depot receipt 6/1 Gift Card 104 000 11557 0 Store 249 |
| 3 | VZ-78 | Bag, Drill Bit, Home Depot receipt 6/3 Gift Card 1040001154 39 Store 204 |
| 3 | VZ-79 | Bag, Hole Saw, Home Depot receipt 6/7 Gift Card 1040001154 56 Store 218 |
| 3 | VZ-80 | Bag, Hole Saw, Home Depot receipt 6/5 Gift Card 104000 115457 Store 219 |
| 3 | VZ-81 | Bag, Hole Saw Bit, Home Depot receipt 6/1 Gift Card 104 0000 30611 Store 6310 |
| 3 | VZ-82 | Bag, Poke ends, Home Depot receipt 6/3 Gift Card 104000 30937 Store 6316 |
| 3 | VZ-83 | Bag, Drill Bit, Home Depot receipt 6/3 Gift Card 104 0000 36904 Store 205 |
| 3 | VZ-84 | Bag, Cable Face, Home Depot receipt 5/21 Gift Card 104 0000 3382 Store 222 |
| 3 | VZ-85 | Bag, Handles, Home Depot receipt 5/15 Gift Card 104 0000 67711 Store 6315 |
| 1 | VZ-86 | PLASTER FROST |
| 1 | VZ-87 | Porter Cable Rotary Hammer Kit |
| 3 | VZ-88 | Bag, Faucet, Home depot Receipt 6/11 Gift Card 104000 11915/21/22 Store 218 |
| 1 | VZ-89 | Pure touch faucet |
| 3 | VZ-90 | Bag, faucet, Home depot receipt 6/8 Gift Card 104001154 59/76/8 Store 632 |
| 1 | VZ-91 | 777 SS INSINKERATOR GARBATE DISPOSAL |
| 3 | VZ-92 | 3 phone books, Yellow Pages Hollywood & Miami |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 5 of 5 pages

PS Form 8164, October 1993

00003

AO 93 (Rev. 5/85) Search Warrant   AUSA ROSENBAUM/ USPIS INSPECTOR GALVIN

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

white, four-door, Ford Crown Victoria sedan, bearing Florida license plate A05SZN, located at Expo Design Center, 8944 State Road 84, Davie, Florida 33324

## SEARCH WARRANT

CASE NUMBER: 00-4699-BSS

TO: __INSPECTOR JOHN W. GALVIN_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __INSPECTOR JOHN W. GALVIN_____ who has reason to
                                                            Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

white, four-door, Ford Crown Victoria sedan, bearing Florida license plate A05SZN, located at Expo Design Center, 8944 State Road 84, Davie, Florida 33324

in the _____ SOUTHERN _____ District of _____ FLORIDA _____ there is now (describe the person or property)

a credit application, a blue knapsack, a writing pad that appears to contain account numbers, two telephone books, several hats, and other indicia of access device fraud and identity theft.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __June 23, 2000_____

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __ANY U.S MAGISTRATE JUDGE_____
as required by law.                                                U.S. Judge or Magistrate Judge


__JUNE 13, 2000__  __10:11 p.m.__   at __FORT LAUDERDALE, FLORIDA_____
Date and Time Issued                    City and State

__BARRY SELTZER__
__UNITED STATES MAGISTRATE JUDGE__    _/s/ Barry Seltzer_
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate    Date

## AFFIDAVIT

I, John W. Galvin, being duly sworn, depose and state:

1. I am a Postal Inspector with the United States Postal Service. I have been so employed for fifteen years. Before that, I worked as a Postal Police Officer for the United States Postal Service for three years. As a Postal Inspector, I am responsible for enforcing federal laws concerning, among other things, the theft of United States mail, postal locks and keys, and the illegal use of any items contained therein.

2. I have been working on a criminal investigation with other federal agents. Additionally, local law enforcement officers have assisted us in the course of this investigation. The information detailed below comes from information provided to me by the federal and state law enforcement personnel involved in this investigation and my own personal investigation. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the complaint. This affidavit refers to the target as "FNU LNU" (first name unknown, last name unknown) because his true first and last names are currently unknown.

3. Carter Hoffman is a man who currently resides at 251 174th Street, Miami, Florida 33160. Carter Hoffman is not FNU LNU. On May 5, 2000, FNU LNU rented a Post Office Box at 5769 N.W. 7th Street, Miami, Florida 33126, in the name and address of Carter Hoffman, using a false Florida driver's license bearing the picture of FNU LNU, but the name and address of Carter Hoffman. Carter Hoffman's financial mail, including checks and bank statements were then diverted to this Post Office Box. Additionally, a Home Depot credit card in the name of Carter Hoffman was obtained. Hoffman did not rent the Post Office Box, nor did he authorize

anyone else to do so on his behalf. Similarly, Carter did not open the Home Depot credit account, nor did he authorize anyone else to do so on his behalf.

4. The Home Depot credit card in the name of Carter Hoffman was used at Home Depot's Expo Design Store in Miami on May 19, 2000, to charge $4,049.66. The card was then used on May 21, 2000, at Home Depot's Expo Design Store in Miami to charge $2,402.64, and at Home Depot's Expo Design Store in Davie to charge $3,480.18. Among the various purchases, the card was used to obtain thirty $100 gift cards.

5. Your affiant went to Home Depot's Expo Design Store in Davie on June 12, 2000, to interview store personnel, including the assistant manager and various clerks. Your affiant showed store personnel a photo lineup that included a picture taken from the driver's license of a man purporting to be Vadim Zhukov. One store employee identified Vadim Zhukov as the individual who purchased the thirty gift cards using the Carter Hoffman credit card. A second employee identified Zhukov as the individual who attempted to purchase additional gift cards on June 4, 2000, but authorization for the credit card attempted to be used at that time would not be issued by the credit card company. Additionally, the assistant manager identified FNU LNU as accompanying Zhukov on June 4, 2000, when Zhukov attempted to purchase the gift cards on June 4, 2000.

6. On June 13, 2000, your affiant received a telephone call from the assistant manager of Home Depot's Expo Design Store in Davie. During that telephone call, the assistant manager informed me that FNU LNU was present in the store, and he was attempting to purchase $1,800 in gift cards and merchandise using temporary credit obtained from Home Depot in the name of Michael Baron. In support of his attempt to use the temporary credit in the name of Michael

-2-

Baron, FNU LNU showed a Home Depot Express Credit Temporary Charge Pass bearing a signature purporting to be that of Michael Baron.

    7. Police officers approached FNU LNU and asked him for identification. FNU LNU produced a wallet containing, among other items, a fraudulent Florida driver's license in the name of Michael Baron, bearing the picture of FNU LNU and the address 230 174th Street, #1810, Miami, Florida 33160. The true Michael Baron, who is not FNU LNU, lives at the address stated on the driver's license FNU LNU produced. The true Michael Baron did not apply for, nor did he authorize anyone else to apply for credit in his name at Home Depot's Expo Design Store. FNU LNU was arrested at approximately 4:00 p.m. During a search incident to the arrest of FNU LNU, law enforcement officers recovered a handwritten scrap of paper bearing the name "Michael Baron," as well as the real Michael Baron's date of birth, social security number, address, and telephone number. The Temporary Charge Pass in the name of Michael Baron had been used on June 1 for purchases of $7,231.79. FNU LNU refused to provide his correct name and continued to insist that he was Michael Baron.

    8. At the Expo Design store parking lot, approximately seventy-five feet from the entrance of the store, a white, four-door Crown Victoria, bearing the Florida license plate A05SZN was found. This car is registered to Anton Nicolaevich Levin. The man bearing the driver's license in the name of Vadim Zhukov also has a driver's license in the name of Anton Nicolaevich Levin. Law enforcement officers looked through the car windows and saw a credit application, a blue knapsack, a writing pad that appears to contain account numbers, two telephone books, and several hats. When FNU LNU was seen at the Expo Design store previously, he was wearing a hat. Additionally, your affiant has obtained videotape of FNU LNU

wearing various hats while making fraudulent deposits and withdrawals on other individuals' bank accounts. At approximately 10:00 p.m. on June 13, 2000, the Expo Design store closed, and the Crown Victoria described above was the only car in the immediate vicinity of the store.

9. A search was conducted of the Crown Victoria pursuant to a search warrant issued on June 13, 2000. Among other things, the following items were recovered: non-corrective eyeglasses that appear in various false driver's license photographs bearing the likeness of FNU LNU, but using different names; a business card for the Mail Boxes Etc. where the fraudulently obtained Post Office Box in the name of Carter Hoffman exists (the back of the business card bears handwritten notes regarding Carter M. Hoffman, including his social security number, date of birth, telephone numbers, and address, as well as other information); a Florida driver's license in the name of Anton Nikolaevich Levin; various sets of keys to mailboxes at various Mail Boxes Etc., bearing the names of various victims of identity theft; thousands of dollars' worth of merchandise purchased at Home Depot and Design Expo using Home Depot credit accounts in the names of Carter Hoffman, Michael Baron, and others; various other scraps of paper bearing handwritten notes regarding personal identification information for individuals other than FNU LNU; mail addressed to Adam Heuer, as well as a driver's license in the name of Adam Daniel Heuer but bearing FNU LNU's picture and an Expo Design Center credit card in the name of Adam D. Heuer; a printout from the Florida Department of Motor Vehicles for driver's license information pertaining to Adam Daniel Heuer; and a printout from the Florida Department of Motor Vehicles for driver's license information pertaining to Michael Baron.

10. Based on my training and experience, I submit that I have probable cause to believe that FNU LNU has committed access device fraud and identity theft, in violation of 18 U.S.C.

1028(a)(1) and 1028(c)(3)(A) and 1029(a)(2).

                                          JOHN W. GALVIN
                                          Postal Inspector
                                          United States Postal Inspection Service

Subscribed to and sworn to me
this ____ day of June, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE