UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

VADIM ZHUKOV,
          Defendant.

CASE NO. 00-6172-CR-Ferguson
Magistrate Judge Snow

Fla. Bar #222097

NIGHT BOX
FILED

JAN 1 7 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

------------------------------/

## MOTION FOR DISCLOSURE OF EXPERT WITNESS INFORMATION

COMES NOW the defendant, VADIM ZHUKOV, by and through his undersigned attorney and moves this Court pursuant to Rule 16(a)(1)(E) requests the government to disclose to the defendant a written summary of testimony the government intends to use at trial pursuant to Rule 702, 703 and 705.

This summary, which is mandatory upon request, must describe the witnesses' opinions, the basis and reasons therefor, and the witnesses qualifications.

This request is made pursuant to Rule 16, therefore, prompt compliance is requested.

                                        Respectfully submitted,

Fred Moldovan, Esq.
999 Ponce De Leon Blvd.
Suite 900
Coral Gables, Florida 33134
305-447-3199

By _____
     Fred Moldovan, Esq.

KENNETH WHITE ESQ.
Attorney for Defendant
2400 S.Dixie Highway
Suite 105
Miami, Florida 33133
Telephone: 305-854-8353
Fla Bar #212067

By _____
     Kenneth White Esq.

I hereby certify that the preceding document was forwarded
to the following parties this ____ day of _____ , 2000.

**CERTIFICATE OF SERVICE**

Robin Rosenbaum AUSA
Office of the United States Attorney
500 E. Broward Blvd. Ste 700
Ft. Lauderdale, Florida 33394-3002

Kenneth White, Esq.