UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,                CASE NO: 00-6172-CR-Ferguson
                                   Fla. Bar #222097

    vs.

VADIM ZHUKOV,
        Defendant.
_____/

**NIGHT BOX FILED**
**JAN 17 2001**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**DEFENDANT'S SUBMITTED VOIR DIRE QUESTIONS**

        COMES NOW the Defendant, VADIM ZHUKOV, by and through his undersigned attorney, and respectfully requests this Court propound the following questions to the jurors on their voir dire examination in addition to those questions the Court regularly inquires in a criminal proceeding:

    1.  Has any member of the jury panel ever been a witness for the government or for the state or for the defense in a criminal case?

    2.  Has any member of the jury panel, or any relative, or any close personal friend ever been the subject of a criminal investigation by the Internal Revenue Service, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Florida Department or any other law enforcement agency?

    3.  Does everyone understand that an indictment is simply a device to bring the Defendant to trial, and that it is not to be considered by you as proof or evidence that they are guilty?

    4.  Do you understand that under the law, the defendant is

presumed innocent unless and until the Government proves guilt beyond a reasonable doubt? Is there anyone who is uncomfortable with this Rule of Law?

   5.   The Defendant need not testify, need not offer any evidence, and may, in fact, stand mute, since he stands presumed innocent? Does anyone here feel the Defendant should testify or put forth evidence in his own behalf before you could find him not guilty?

   6.   Do you recognize that while in a civil case a mere preponderance of the evidence is sufficient, in a criminal case it is necessary for the prosecution to prove the Defendant guilty beyond a reasonable doubt and to a moral majority?

   7.   Would any of you give any additional consideration or weight to the testimony of law enforcement personnel or goverment employees than to other witnesses?

   8.   Would any member of the panel be more inclined to be-lieve the testimony of law enforcement personnel merely because the witness was a law enforcement agent?

   9.   Do you believe that law enforcement officers can be negligent in discharging their duties and responsibilites and make mistakes like other witnesses?

Respectfully submitted,

| | |
|---|---|
| Fred Moldovan, Esq. | KENNETH WHITE ESQ. |
| 999 Ponce De Leon Blvd. | Attorney for Defendant |
| Suite 900 | 2400 S.Dixie Highway |
| Coral Gables, Florida 33134 | Suite 105 |
| 305-443-3199 | Miami, Florida 33133 |
| | Telephone: 305-854-8393 |
| | Fla Bar #220907 |
| By _____ | By _____ |
| Fred Moldovan, Esq. | Kenneth White Esq. |

I hereby certify that the preceding document was forwarded to the following parties this _____ day of _____, 2001.

**CERTIFICATE OF SERVICE**

Robin Rosenbaum AUSA
Office of the United States Attorney
500 E. Broward Blvd. Ste 700
Ft. Lauderdale, Florida 33394-3002

_____
Kenneth White, Esq.

3