UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-FERGUSON

UNITED STATES OF AMERICA,
          Plaintiff,
    vs.

VADIM ZHUKOV, (J)
          Defendant.
_____/

MINUTES CHANGE OF PLEA



On February 9, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Fred Moldovan, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that he/her desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) 1, 5, 6, 22, 23, 31, 32 and 32 of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )   The Court proceeded to pronounce sentence.
- (X)   The Court postponed sentencing until **4/13/01** at 11:30 a.m.,
- ( )   and the defendant was allowed to remain on present bond until then;
- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- (X)   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>