UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6172-CR-FERGUSON(S)(S)

UNITED STATES OF AMERICA,

-vs-

VADIM ZHUKOV,

        Defendant.
_____/

## CONSENT TO JUDGMENT OF FORFEITURE
## AND STIPULATION OF SETTLEMENT

The defendant Vadim Zhukov, a/k/a VADIM ZHUKOV, a/k/a Michael Baron, a/k/a Carter Hoffman, a/k/a Adam Heuer, a/k/a Anton Levin, a/k/a Alexandr Vinokur, a/k/a Alexandor Uinokur, a/k/a Richard Roy Paradis, a/k/a Mark Allan Tarrant, a/k/a William M. Akers, a/k/a Craig A. Albrada, a/k/a James F. Aldous, a/k/a Ralph Alfonso, a/k/a Royce E. Atwell, a/k/a William L. Baker, a/k/a Michael P. Basile, a/k/a David M. Batterson, a/k/a Bejda Milos, a/k/a Vince E. Breedwell, a/k/a Michael J. Dougherty, a/k/a Gregory M. Raub, a/k/a Nathan D. Cagle, a/k/a Michael E. Lucas, a/k/a Christopher A. Gauthier, a/k/a Mark Hektor Demetris, (hereinafter referred to as the "defendant") hereby knowingly and voluntarily agrees to forfeit all of his rights, title and interests to the United States of America in the following property:

      a.    A white, four-door, 1996 Ford Crown Victoria, vehicle identification number 2FALP74W3TX146131.

1. Defendant Vadim Zhukov stipulates and agrees that all of the above-described properties are properties constituting and derived from proceeds the defendant obtained, directly or indirectly, as the result of the offense specified in Counts XXIV - XXVI of the Indictment, and are the defendant's property used and intended to be used to commit and to facilitate the commission of the offenses specified in Counts XXIV - XXVI of the Indictment, and, as such, are forfeited to the United States pursuant to Title 18, United States Code, Sections 982, 1028(b)(5), and 1028(g), and the terms of the Plea Agreement entered into between defendant Vadim Zhukov and the United States of America in connection with this case.

2. Defendant Vadim Zhukov agrees to hold the United States, its agencies, and its past and present agents and employees harmless from any judgment recovered by third parties arising from the United States's entry into this Consent of Forfeiture.

3. Defendant Vadim Zhukov hereby remises, and forever discharges, and by these presents does for his heirs, statutory survivors, executors, administrators, personal representatives, successors and assignees, remise, release, acquit, satisfy and forever discharge the United States of America, its agencies and employees from any and all claims and causes of action arising from the seizure and

forfeiture of the properties described herein.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 1-30-01    By: _____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

Date: 1/31/01    By: _____
FRED MOLDOVAN, ESQ.
ATTORNEY FOR DEFENDANT

Date: 1/31/01    By: _____
KENNETH WHITE, ESQ.
ATTORNEY FOR DEFENDANT

Date: 1/31/01    By: _____
VADIM ZHUKOV
DEFENDANT

-3-