UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA
BROWARD COUNTY DIVISION

CASE NO.: 00-6172-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

VADIM ZHUKOV,

    Defendant.
_____/

NIGHT BOX
FILED
APR 24 2001

...USDC / SDFL / FTL

### SECOND MOTION TO EXTEND DATE FOR OBJECTIONS TO THE PSI AND TO CONTINUE SENTENCING DATE

COMES NOW the Defendant, VADIM ZHUKOV, by and through his undersigned attorney, and files this his Second Motion To Extend The Date to Respond to the PSI and to Continue the Sentencing Date in the above styled case, and as grounds for this motion would state that:

1. The Defendant plead guilty on February 9, 2001 to multiple charges pursuant to a written plea agreement.

2. That on February 9, 2001, the undersigned informed the United States Department of Probation of the plea.

3. This Honorable Court reset the sentencing date for April 30, 2001 at 9:00a.m.

4. That pursuant to the Presentence Disclosure Procedures provided to the undersigned, the PSI should have been completed and available on March 9, 2001. Objections to the PSI were due on or before March 23, 2001.

5. That the undersigned recently spoke with Caroline Darville, U.S. Probation Officer. She has been assigned to complete the PSI in this matter.

51

6. She indicated that due to certain unforeseen circumstances and office emergencies, she has been unable to complete the PSI. She was previously hopeful that the PSI would be completed and available by the end of March. However, she was unable to complete the PSI thus far. On or about April 18, 2001, Ms. Darville indicated that she is hopeful that the PSI will be completed by April 25, 2001.

7. The undersigned will not have enough time to complete the objections and prepare for sentencing by the current sentencing date.

8. That the undersigned has been out of town and thus has been unable to speak with Robin Rosenbaum, Assistant United States Attorney. Therefore, the undersigned is unaware of her position.

9. That the undersigned would request that he have two weeks from the date he receives the PSI to respond and file any written objections.

WHEREFORE, for the above reasons, Defendant prays that this Court grant this Motion and grant the Defendant additional time to respond to the PSI and to continue the sentencing date in this matter.

Respectfully submitted,

LAW OFFICES
FRED MOLDOVAN, ESQ.
999 Ponce de Leon Blvd.
Suite 500
Coral Gables, FL 33134
Tel. (305) 443-3199

BY: _____
FRED MOLDOVAN
Fla. Bar No.: 655960

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 and Caroline Darville, U.S. Probation Officer, Department of United States Probation, 300 N.E. 1st Avenue, Miami, Florida 33132-2126 this 24th day of April, 2001.

BY: _____
FRED MOLDOVAN

UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA
BROWARD COUNTY DIVISION

CASE NO.: 00-6172-CR-FERGUSON

UNITED STATES OF AMERICA,

       Plaintiff,

VS.

VADIM ZHUKOV,

       Defendant.
_____/

**ORDER GRANTING MOTION TO EXTEND DATE FOR OBJECTIONS TO PSI
AND TO CONTINUE SENTENCING DATE**

THIS CAUSE having come on to be heard upon the Defendant's Second Motion To Extend Date For Objections to PSI and to Continue the Sentencing Date, and this Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby granted, and further;

ORDERED AND ADJUDGED that the Objections to the PSI are due two (2) weeks after receipt of the Presentence Investigation Report, and further;

ORDERED AND ADJUDGED that the Sentencing Date in this matter is continued until _____, 2001.

DONE AND ORDERED in Miami, Dade County, Florida this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE