UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6172-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

VADIM ZHUKOV

Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on

Friday, June 15, 2001 at 10:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States

District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom

207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this __30th__ day of May 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Robin Rosenbaum, AUSA, Fred Moldovan, Esq., USPO