UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6172-CR-FERGUSON
JUDGE FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

VADIM ZHUKOV,

    Defendant.
_____/



### MOTION TO CORRECT JUDGMENT TO REFLECT ORAL SENTENCE

COMES NOW the Defendant, VADIM ZHUKOV, by and through his undersigned attorney, and moves this Honorable Court to Correct the Judgment and is support thereof, states as follows:

1. That on June 14, 2001, this Honorable Court sentenced the Defendant.

2. That pursuant to said sentence, this Honorable Court indicated that a recommendation would be made to the Bureau of Prisons to allow the Defendant to participate in an approved treatment program for drug and/or alcohol abuse while serving his forty six (46) month sentence.

3. However, on page three (3) of the Judgment, the only recommendation to the Bureau of Prisons is that the Defendant be incarcerated at MCC - Miami, Florida. (See attached copy of page three (3) of the Judgment.)

WHEREFORE, the Defendant respectfully requests that this Court correct the Judgment to reflect a recommendation to the Bureau of Prisons that the Defendant be allowed to

FRED J. MOLDOVAN
999 Ponce De Leon Boulevard, Suite 500 • Coral Gables, Florida 33134 • Phone (305) 443-3199 • Fax (305) 443-0900

participate in an approved treatment program for drug and/or alcohol abuse while serving his forty six (46) month sentence.

Respectfully submitted,

LAW OFFICES
FRED MOLDOVAN, ESQ.
999 Ponce de Leon Blvd.
Suite 500
Coral Gables, FL 33134
Tel. (305) 443-3199

BY: _____
FRED MOLDOVAN
Fla. Bar No.: 655960

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Robin Rosenbaum, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 this 29th day of June, 2001.

BY: _____
FRED MOLDOVAN

DEFENDANT: VADIM ZHUKOV, (J) 55338-004
CASE NUMBER: 0:00CR06172-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __46 month(s)__.

This term of 46 months, as to each of counts 1,5,6,22,23,31,31 and 33, to be served concurrently.

[X] The court makes the following recommendations to the Bureau of Prisons:

That the defendant is incarcerated at MCC - Miami, Florida

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal