UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6172-CR-FERGUSON
JUDGE FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff,

VS.

VADIM ZHUKOV,

      Defendant.

_____/

FILED by _____ D.C.
JUL 11 2001

### ORDER GRANTING MOTION TO CORRECT JUDGMENT TO REFLECT ORAL SENTENCE

THIS CAUSE came on to be heard upon the Defendant's Motion To Correct the Judgment to Reflect the Court's Oral Imposition of Sentence and this Court being fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that: said Motion is Granted and that the Defendant's Judgment shall include a recommendation to the Bureau of Prisons that the Defendant be allowed to participate in an approved treatment program for drug and/or alcohol abuse while serving his forty six (46) month sentence.

DONE AND ORDERED this ___11th___ day of ___July___, 2001.

_____
JUDGE FERGUSON
U.S. DISTRICT JUDGE

