# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
VADIM ZHUKOV, (J) 55338-004

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06172-001**

Bertha Mitrani, AUSA / Fred J. Moldovan, Esq
Defendant's Attorney

*JUN 26 2001*

**THE DEFENDANT:**

[x] pleaded guilty to count(s)   1,5,6,22,23,31,32 and 33 of the Second Superseding Indictment.

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1029 (a)(2)(b)(1) | Use of unauthorized access devices. | 06/13/2000 | 1 |
| 18 U.S.C. § 1708 | Possession of stolen mail. | 05/26/2000 | 5 |
| 18 U.S.C. § 1344 | Scheme to defraud banks. | 07/21/1999 | 6 |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)   _____ N/A _____

[x] Count(s) __All Others__   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 12/12/1957
Defendant's USM No.: 55338-004
Defendant's Residence Address:
**FDC-MIAMI**

Miami                FL      33128

Defendant's Mailing Address:
**FDC-MIAMI**

Miami                FL      33128

06/14/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

06/26/01
Date

DEFENDANT:  VADIM ZHUKOV, (J) 55338-004

CASE NUMBER:  0:00CR06172-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 287 | Making False claims against the United States. | 01/31/2000 | 22 |
| 18 U.S.C. § 510 (a)(2)(c) | Passing, Uttering, Publishing of a United States Treasury Check. | 02/08/2000 | 23 |
| 18 U.S.C. § 1028 (a)(7) | Use of false identification (Fla Driver's License), in and affecting interstate of foreign commerce. | 07/27/1999 | 31 & 32 |
| 18 U.S.C. § 1956 (a)(1)(B)(i) | Money laundering. | 05/26/2000 | 33 |

DEFENDANT:   VADIM ZHUKOV, (J) 55338-004
CASE NUMBER:   0:00CR06172-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __46__ month(s)

**This term of 46 months, as to each of counts 1,5,6,22,23,31,31 and 33, to be served concurrently.**

[x] The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerated at MCC - Miami, Florida**

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____ a.m./p.m. on _____
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __7-17-01__ to __BOP FCI Miami__ at __Miami FC__, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By __Tina Nolan, Lt.__
~~Deputy U.S. Marshal~~