PROB 12B  
(SD/FL 9/96)

SD/FL PACTS NO. 64279

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CR-UNGARO-BENAGES



FILED by MA D.C.  
JUN 29 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. MIAMI

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: ZHUKOV, Vadim

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, United States District Judge, Southern District of Florida, Ft. Lauderdale, Florida

Name of Reassigned Judicial Officer: The Honorable Ursula Ungaro-Benages, United States District Judge, Southern District of Florida, Miami, Florida

Date of Original Sentence: June 14, 2001

Original Offense: Count 1, Use of Unauthorized Access Devices, in violation of Title 18, U.S.C. §1029(a)(2)(b)(1); Count 5, Possession of Stolen Mail, in violation of Title 18, U.S.C. §1708; Count 6, Scheme to Defraud Banks, in violation of Title 18, U.S.C. § 1344; Count 22, Making False Claims Against the United States, in violation of Title18, U.S.C. §287; Count 23, Passing, Uttering, Publishing a false United States Treasury Check, in violation of Title18, U.S.C. §510(a)(2)(e); Count 31 and Count 32, Use of a False Identification (Fla. Driver's License), in and affecting Interstate of Foreign Commerce, in violation of Title18, U.S.C. §1028(a)(7) and (c)(3)(A); and Count 33, Money Laundering, in violation of Title 18, U.S.C. §1956(a)(1)(B)(i).

Original Sentence: Custody of the Bureau of Prisons for forty-six (46) months; followed by five (5) years supervised release; pay $103,978.68 restitution and $800.00 special assessment. The Court imposed the following special conditions: the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office; shall not apply for, solicit, or incur any further debt; included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through a corporate entity, without first obtaining permission of the U.S. Probation Office; the defendant shall provide full financial disclosure to the U.S. Probation Officer; the defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Office; the defendant shall maintain full time, legitimate employment and not to be unemployed for a term of more than thirty (30) days, unless excused by the U.S. Probation Officer; the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer.

Type of Supervision: Supervised Release    Date Supervision Commenced: October 3, 2003

PROB 12B                                    SD/FL PACTS NO. 64279
(SD/FL 9/96)

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of 10 % of his gross income per month until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant reported his household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, as well as the credit report obtained with the defendant's permission, and the expenses were adjusted accordingly. The defendant has agreed to begin payment of 10 % of his gross income per month commencing on June 1, 2004, and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Supervised Release Action modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by    Kristen M. Moberg
      U.S. Probation Officer
      Date: June 18, 2004

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for __ Warrant or __ Summons

Signature of Judicial Officer

6/25/04
Date